UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAREPOINT HEALTH SYSTEMS INC. ,HUDSON HOSPITAL OPCO LLC d/b/a CAREPOINT HEALTH – CHRIST HOSPITAL, IJKG, LLC, IJKG PROPCO LLC and IJKG OPCO LLC d/b/a CAREPOINT HEALTH – BAYONNE MEDICAL CENTER, and HUMC OPCO LLC d/b/a CAREPOINT HEALTH – HOBOKEN UNIVERSITY MEDICAL CENTER<br><br>Plaintiffs,<br><br>v.<br><br>RWJ BARNABAS HEALTH, INC.<br><br>Defendant. | Hon. Evelyn Padin, U.S.D.J<br><br>Hon. Cathy L. Waldor, U.S.M.J.<br><br>Civil Action No.<br><br>2:22-cv-05421-EP-CLW<br><br>**JOINT STIPULATION AND ORDER REGARDING THIRD AMENDED COMPLAINT AND SCHEDULING OF RESPONSE** |

WHEREAS Plaintiffs ("CarePoint") filed their Complaint against RWJ Barnabas Health, Inc. ("Barnabas") in this Court on September 6, 2022 [ECF 1], their Amended Complaint on September 14, 2022 [ECF 8], and were granted leave by Order of this Court on January 23, 2023 [ECF 24] to file their Second Amended Complaint [ECF 19-2], which was deemed filed as of that date;

WHEREAS CarePoint desires to file a Third Amended Complaint, which it has shared with counsel for Barnabas;

WHEREAS Counsel for Barnabas consents to the filing of the Third Amended Complaint in the form shared with it, while reserving all rights as to its response to the Third Amended Complaint; and

WHEREAS in light of Barnabas' agreement to the filing of the Third Amended Complaint, the Parties agree that any response thereto shall be due thirty (30) days from the date of its filing.

NOW, THEREFORE, subject to the Court's approval, the parties stipulate as follows:

1. Barnabas shall not be required to respond to CarePoint's Second Amended Complaint.

2. CarePoint shall, upon entry of the Court's approval of this stipulation, file its Third Amended Complaint ("TAC") as soon as practicable.

3. Barnabas shall serve, but not file, its Motion to Dismiss the TAC ("Motion") within thirty (30) days after the TAC's filing.

4. CarePoint shall serve, but not file, their Opposition to the Motion ("Opposition") within sixty (60) days after the TAC's filing, or thirty (30) days after being served with the Motion – whichever is greater.

5. Barnabas shall serve, but not file, its reply to the Opposition within ninety (90) days after the TAC's filing, or thirty (30) days after being served with the Opposition – whichever is greater.

6. The parties shall promptly thereafter coordinate to electronically file their respective submissions on the docket for this matter.

**SO ORDERED**
**Date: 2/6/2023**

      s/ Cathy L. Waldor
      Hon. Cathy L. Waldor, U.S.M.J.

February 3, 2023

<u>/s/ Patrick M. Harrington</u>
Patrick M. Harrington (098422014)
DILWORTH PAXSON LLP
457 Haddonfield Road, Suite 700
Cherry Hill, NJ 08002
(856) 675-1900
pharrington@dilworthlaw.com

James J. Rodgers*
DILWORTH PAXSON LLP
1500 Market Street
Suite 3500
Philadelphia, PA 19102
jrodgers@dilworthlaw.com
(215) 575-7100
*Attorneys for Plaintiffs*
* *Admitted Pro Hac vice*

Respectfully Submitted,

<u>/s/ Ryan P. Blaney</u>
Ryan P. Blaney (006182006)
Colin R. Kass*
Erica T. Jones*
PROSKAUER ROSE LLP
1001 Pennsylvania Ave., N.W.
(202) 416-6800
rblaney@proskauer.com
ckass@proskauer.com
ejones@proskauer.com

David A. Munkittrick*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
dmunkittrick@proskauer.com
*Attorneys for Defendant*
*Admitted Pro Hac Vice*

3