## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CAREPOINT HEALTH MANAGEMENT ASSOC. LLC**, *et al.* | Civil Action No: 2:22-cv-05421-EP-CLW |
| Plaintiffs, | Hon. Evelyn Padin, USDJ |
| v. | Hon. Cathy L. Waldor, USMJ |
| **RWJ BARNABAS HEALTH, INC.**, | |
| Defendant. | |

## [PROPOSED] ORDER
## ADJOURNING THE STATUS CONFERENCE

WHEREAS the parties are scheduled to appear telephonically for a status conference on October 18, 2023;

WHEREAS the parties are continuing to meet and confer regarding discovery disputes that have arisen;

NOW, THEREFORE, the status conference is adjourned to _____.

**SO ORDERED**

**Date:**

_____
Hon. Cathy L. Waldor, USMJ