# Exhibit C



Proskauer Rose LLP | 11 Times Square | New York, NY 10026

David A. Munkittrick
212-969-3226
dmunkittrick@proskauer.com

November 22, 2023

*Via Email*

Andrew D. Cordo
Wilson Sonsini
222 Delaware Avenue, Suite 800
Wilmington, DE 19801

Nicholas Pellitta
Norris McLaughlin
nfpellitta@norris-law.com

      Re:    *CarePoint v. RWJ Barnabas*, 2:22-cv-05421 (D.N.J),
             Document Subpoenas to V. Garipalli and J. Lawler

Dear Andy and Nick:

    We write as follow-up to our discussions on November 3rd and 10th regarding RWJ Barnabas's document subpoenas to Mr. Garipalli and Mr. Lawler.

    You have advised that Mr. Garipalli used his Gmail account for business purposes, and that the account was collected in Mid-February of 2022.[1] You said the collection was about 300 gigabytes with over 700,000 parent emails.

    In response to your request, enclosed is a set of search terms, which may facilitate your review for responsive emails. In providing these search terms, please note that we are not limiting the scope of the subpoena to documents or emails that contain such terms. As the subpoenaed party, it is incumbent on you to conduct a reasonably thorough search for responsive information. As such, if you identify responsive emails, we would expect that they be produced, even if they do not contain a search term. Similarly, if during the course of your collection or review, you determine that the search terms are insufficient to reasonably identify responsive information, we expect you to broaden the search to capture such information. Finally, the enclosed search terms are indicative only. We obviously do not know the search capabilities of the particular e-discovery vendor or search tools you are using. Nor are we familiar with the acronyms, nicknames, or other writing conventions used by Mr. Garipalli or Mr. Lawler. As such, we expect that you will tailor the enclosed list of search terms to include singular and plurals of these terms and other wildcards or variations to ensure that responsive information is identified.

    In addition, as I mentioned on November 10th, targeted searches are separate and apart from the email review. As examples, I mentioned corporate documents, financial statements, bank statements, audit reports, tax documents, and other requested documents for the entities through which Mr. Garipalli and Mr. Lawler owned the CarePoint hospitals. I also mentioned documents

---

[1] The collection will need to be refreshed to the present.

**Proskauer**

Page 2

produced to the State Commission of Investigation. I used these as illustrative examples of targeted searches, and not an exhaustive list, and asked if there are any requests you are not intending to respond to as written. Please be prepared by our next call on November 28th with an answer to that question and to identify what you propose to do in response to each request. As I mentioned, if you will not be responding to any of the requests as written, we will need that position in writing.

I also asked on November 10th whether you will be taking the position that responsive documents in the files of entities owned or controlled by Mr. Garipalli or Mr. Lawler are not in their custody, possession, or control and would thus require separate subpoenas. You said you would take the question under advisement. Please have an answer at our November 28th call.

We look forward to speaking next week.

Sincerely,

*/s/ David Munkittrick*

| Terms | Modifier (If Any) | Additional Terms |
|---|---|---|
| **"Robert Wood Johnson" or Barnabas or RWJ or "Jersey City Medical Center" or JCMC or RWJ-JCMC or Manigan or MM or Barry or Ostrowsky or Doll or Deb* or Lienhardt or Knaus or Garay or Picerno** | | |
| **CarePoint or CP or "Hoboken University Medical Center" or HUMC or "Hoboken Hospital" or "Hoboken University Medical Center" or "Bayonne Medical" or IJKG or "Christ" or "Hudson Hospital" or "JC Opco" or "Hudson Propco"** | AND | purchase* or asset* or bankrupt* or acqui* or lease or transact* or contract or agree* or sale or citi or citibank or king or barreiro or Jorge or gillan or "real estate" or land or property or "strategic alternative" or "sales process" or "sale process" or "strategic partner" or "merger" or "asset sale" or bankruptcy or "shutdown" or restructur* or re-org* or own! or fee or management or "real estate" or LOI or "Letter of Intent" or RFI or "Request for Indications" or profit or loss or margin or earn* or control* or pay* or audit* or account* or compensation or salary or bonus or transferor or sell or plan* or strateg* or finance* or "P&L" or "non-profit" or "not-for-profit" or quality or survey or assess* or valu* or rates or donat* or Atlantic or "strat plan*" "business plan*" or "budget" or Founders |
| **"Hudson County Improvement Authority" or "HCIA"** | | |
| **Alaris** | | |
| **WTFK or PROPCO or OPCO** | | |
| **"SB Hoboken"** | | |
| **"Hudson Regional Hospital" or HRH** | | |
| **BMC or Surgicore** | | |

| **Terms** | **Modifier (If Any)** | **Additional Terms** |
|---|---|---|
| **Yan or Moshe** | | |
| **Nizar or Kifaieh** | | |
| **"in-network" or "out of network"** | | |
| **MPT or "Medical Properties Trust"** | | |
| **Sequoia or "CarePoint Health Management Associates" or Benego or "Briar Hill" or "Garipalli Family Trust" or Freehold or "Christ Intermediate" or Titus or "CarePoint Management Associates" or "Pheasant Run" or "Hospital Holdco" or "Hudson Holdco" or [Lawler / Garipalli] or Mandler or "Infinity Healthcare" or "Strategic Ventures" or "Heights Healthcare" or JPL or "Willow Healthcare" or "Oak Management" or "Sunnyside Enterprises"** | | |
| **Eisenreich or Avery** | | |
| **Horizon OR "Blue Cross" OR Omnia or "Tier 1"** | | |
| **"Hudson Municipal Hospital Authority" or HMHA or "Hoboken Municipal Hospital Authority"** | | |
| **"Satellite Emergency Department" or SED** | | |
| **"New Jersey State Commission of Investigation"** | | |
| **Reimbursement or pricing or prices or "enhanced rates" or** | | |

2

| Terms | Modifier (If Any) | Additional Terms |
|---|---|---|
| "patient management fees" or "in-network" or "out-of-network" or "fee for service" or "value-based" or "risk contracts" or "insurance plans" or "insurer network" or "provider network" or "health plan network" | | |
| Competition or compete or competitor or compet* | | |
| Fraud* or "fair market value" or "FMV" or "bona fide" | | |
| "Raymond James" or "RJ" or Vinton or Rollins or VR | | |
| Steer* or shortage or poach* or "Reductions in workforce" or "reductions in force' or "RIF" or layoff* or "employee retention" or "onboarding" or rumor* or "restrictive covenant" or "noncompete" or "non-compete" or "covenant not to compete' or NCA or "agency nurses" | AND | Patient or nurse* or doctor* or physician* |
| "inpatient volume" or "patient volume" or "commercial patients" | | |
| "Quality of care" | | |
| "Certificate of need" or "CON" or "CN" or "Department of Health" or "DOH" or "NJDOH" or "regulatory" | | |
| Fulop or "Davis" or "Jimmy" or Stack or DeGise | | |
| "Data room" or Dataroom or "Evaluation Materials" or "Confidential Information" or | | |

3

4

| Terms | Modifier (If Any) | Additional Terms |
|---|---|---|
| "NDA" or "proprietary database" or "non-disclosure" | | |
| "American Rescue Plan" or ARPA" | | |
| "Governor's Office" or Murphy | | |
| "Primary Service area" or "Secondary Service area" | | |

4