Lisa N. Cialino, Esq.
**New Jersey State Commission of Investigation**
50 West State Street, 14th Floor
PO Box 0045
Trenton, NJ 08608
Telephone: (609) 292-6767
lcialino@sci.state.nj.us

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAREPOINT HEALTH SYSTEMS INC., *et al.* | Hon. Evelyn Padin, U.S.D.J. |
| *Plaintiffs,* | Hon. Cathy L. Waldor, U.S.M.J. |
| v. | Civil Action No. |
| RWJ BARNABAS HEALTH, INC. | 2:22-cv-05421-EP-CLW |
| *Defendant.* | |

**AFFIDAVIT OF LISA N. CIALINO, ESQUIRE**

I, LISA N. CIALINO, affirm as follows:

1.) I am an attorney for the New Jersey State Commission of Investigation ("SCI").

2.) I am an attorney in good standing of the Bar of the State of New Jersey and am admitted to practice before the United States District Court for the District of New Jersey.

3.) I make this statement based on my own personal knowledge, except where otherwise stated.

4.) Under Federal Rule of Civil Procedure 26(c), prior to any party filing a protective order, the parties must meet and confer and attempt to resolve the issue out of court.

5.) After receiving RWJ Barnabas Health Inc.'s ("RWJ Barnabas") subpoena directed to the SCI, on or about April 23, 2024, Marian Galietta, then chief counsel for the SCI reached out to counsel for RWJ Barnabas.

6.) After having an initial phone conversation regarding the subpoena, Marian Galietta sent a letter dated April 24, 2024 to counsel for RWJ Barnabas, outlining the SCI's position on why RWJ Barnabas should withdraw its subpoena.

7.) On May 4, 2024, the SCI received a letter back from counsel for RWJ Barnabas indicating that they would work to limit their subpoena but would not withdraw it in its entirety.

8.) On May 7, 2024, I had a phone conversation with counsel for RWJ Barnabas indicating that the SCI would need to file a motion for protective order to protect SCI confidentiality.

9.) Based on RWJ Barnabas's refusal to withdraw its subpoena, the SCI files this Motion for Protective Order.

Dated: May 16, 2024                         /s/ Lisa N. Cialino

Lisa N. Cialino, Esq.
New Jersey State Commission of Investigation
50 West State Street, 14th Fl.
PO Box 045
Trenton, NJ 08608
(609) 292-6767
lcialino@sci.state.nj.us

3