UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CAREPOINT HEALTH SYSTEMS INC.**, *et al*. | 2:22-cv-05421-EP-CLW |
| Plaintiffs, | Hon. Evelyn Padin, USDJ |
| v. | Hon. Cathy L. Waldor, USMJ |
| **RWJ BARNABAS HEALTH, INC.**, | |
| Defendant. | |

**ORDER DENYING SCI'S MOTION FOR A PROTECTIVE ORDER AND GRANTING BARNABAS'S CROSS-MOTION TO COMPEL**

The Court, having considered the papers and arguments of counsel presented in support of and in opposition to SCI's Motion for a Protective Order and Barnabas's Cross-Motion to Compel compliance with Barnabas's April 18, 2024 subpoena (the "Subpoena"),

IT IS **ORDERED** that, for the reasons set forth on the record during oral argument on July 31, 2024, and for good cause shown:

1. SCI's Motion for a Protective Order, (ECF No. 99), is **DENIED**;

2. Barnabas's Cross-Motion to Compel, (ECF No. 105), is **GRANTED**;

3. SCI's privilege objections to the production of documents responsive to the Subpoena are **OVERRULED**; and

4. SCI shall produce all documents responsive to the Subpoena as written **on or before August 16, 2024**.

**SO ORDERED**,

This 31st day of July, 2024.

 s/ Cathy L. Waldor
Hon. Cathy L. Waldor, U.S.M.J.

2