# EXHIBIT 4

**FILED UNDER SEAL**



DIRECT DIAL NUMBER:
(215) 575-7236

Patrick Harrington
pharrington@dilworthlaw.com

*Via Electronic Mail*                                        April 23, 2024

David Munkittrick
Proskauer Rose LLP
11 Times Square
New York, NY 10026
dmunkittrick@proskauer.com

     **Re:    CarePoint Health Systems Inc., et al. v. RWJ Barnabas Health, Inc.
District of New Jersey Civil Action No. 2:22-cv-05421-EP-CLW**

Dear David:

    I write in response to your April 9, 2024 letter and April 17 2024 letters regarding potentially privileged documents existing in the production, pursuant to subpoena, by Jeffrey Mandler ("Mandler") in this matter. Specifically, You state, in your most recent letter that CarePoint is "on notice that we will be asserting waiver for any document you have not attempted to claw back by April 23, 2024.

    As CarePoint is unable to currently review the production due to the ESI procedures and plan set out at length in previous letters to You and to the Court, please let this letter serve as a clawback request as to the entirety of Mr. Mandler's production as it is impossible at present to ascertain what, if any, privileged document(s) exist therein.

                                                                Sincerely,

                                                          */s/ Patrick M. Harrington*
                                                          Patrick M. Harrington, Esq.
                                                          *pharrington@dilworthlaw.com*