# EXHIBIT 5

# FILED UNDER SEAL



Proskauer Rose LLP | 11 Times Square | New York, NY 10026

David A. Munkittrick
212-969-3226
dmunkittrick@proskauer.com

April 23, 2024

*Via Email*

Patrick M. Harrington
DILWORTH PAXSON LLP
457 Haddonfield Road, Suite 700
Cherry Hill, NJ 08002

> Re:     *CarePoint v. RWJ Barnabas, 2:22-cv-05421 (D.N.J)*
>          <u>*Third Letter Regarding Mandler's Production.*</u>[1]

Dear Patrick:

　　We write in response to your April 23rd letter purporting to make a "clawback request as to the entirety of Mr. Mandler's production." We understand this to be a request under Paragraph 13 of the Protective Order (ECF 73) to "immediately sequester such documents." We are in the process of doing so.

　　We believe, however, that your request is improper. The Protective Order allows for sequester requests only for specific "documents containing privileged information or attorney-work product," triggering the obligation to provide – within 14 days – "a privilege log identifying the inadvertently disclosed information and setting forth the basis for its withholding." As you have conceded, you have not reviewed any of the documents in Mr. Mandler's production. Your belief – without any review whatsoever – that there may be *some* documents that might contain *some* privileged information is not a sufficient basis for claiming privilege over the entire production. Because your request will result in Barnabas having to incur costs of sequestering the documents (including attorney time needed to ensure compliance) and will prevent Barnabas from preparing its defense based on information it subpoenaed from third-parties, we will be seeking sanctions for your frivolous demand unless you withdraw it by 5 pm today.

　　If you do not intend to withdraw your sequestering demand, we will expect to receive your privilege log for each and every document in Mr. Mandler's production within 14 days, as required under the Protective Order. That log must comply with Rule 26(b)(5). Please confirm – not later than 5 pm today – that you intend to comply with this obligation.

> Best regards,
>
> */s/ David Munkittrick*

---

[1] The letter concerns Mr. Mandler's document production provided to plaintiffs on March 27, 2024, Barnabas's April 9th and 17th letters, and CarePoint's April 15th and 23rd letters.