# EXHIBIT 6

**FILED UNDER SEAL**



DIRECT DIAL NUMBER:  
(215) 575-7236

Patrick Harrington  
pharrington@dilworthlaw.com

*Via Electronic Mail*    April 23, 2024

David Munkittrick  
Proskauer Rose LLP  
11 Times Square  
New York, NY 10026  
dmunkittrick@proskauer.com

      Re:    **CarePoint Health Systems Inc., et al. v. RWJ Barnabas Health, Inc. District of New Jersey Civil Action No. 2:22-cv-05421-EP-CLW**

Dear David:

I write in response to your letter received earlier today, April 23, 2024 regarding potentially privileged documents existing in the production, pursuant to subpoena, by Jeffrey Mandler ("Mandler") in this matter. Based upon language set forth in your prior correspondence, I stated that CarePoint requested a clawback as to the entirety of Mr. Mandler's production as you and the Court are aware that it is not possible for CarePoint to review Mr. Mandler's production at this time.

CarePoint has been transparent with Barnabas and the Court about the limitations it presently faces in connection with discovery. In that regard, Carepoint has requested a stay of the litigation.

With respect to the privilege issues you have raised and your recent baseless threat to seek sanctions, Carepoint merely reserves the right to assert privilege over any privileged documents, to the extent they exist, after CarePoint is able to review such documents at some later date. CarePoint just reserves its rights based upon Barnabas's representation that Barnabas believes some documents may be privileged to assert such privilege, but is not asking Barnabas "to incur costs of sequestering the documents," and certainly does not seek to interfere or "prevent Barnabas from preparing its defense based on information it subpoenaed from third-parties."

The demand to claw back/sequester was based upon the language in your previous letter and deadline set out therein. So there is no confusion on your part, CarePoint withdraws its sequestering demand. But CarePoint reserves its right to assert privilege as to any privileged document in Mandler's production, after CarePoint is able to review such documents.

                        Sincerely,  
                        */s/ Patrick M. Harrington*  
                        Patrick M. Harrington, Esq.

#124218661v2

Case 2:22-cv-05042-FLA-JC Document 94-66 Filed 03/11/24 Page 3 of 3 Page ID #2400