# EXHIBIT 9

## FILED UNDER SEAL

**From:** Harrington, Patrick M. <pharrington@dilworthlaw.com>
**Sent:** Wednesday, August 14, 2024 1:31 PM
**To:** Munkittrick, David A. <DMunkittrick@proskauer.com>; Kass, Colin R <CKass@proskauer.com>; Walsh, William T. <WWalsh@proskauer.com>
**Cc:** Richards, Ira N. <irichards@dilworthlaw.com>; Rodriguez, Lisa J <lrodriguez@dilworthlaw.com>
**Subject:** RE: CarePoint Health Systems Inc. et al. v. RWJ Barabas Health Inc.

*This email sent by pharrington@dilworthlaw.com originated from outside the Firm.*

Counsel:
Attached is the privilege log mentioned in my August 14, 2024 letter with respect to Mr. Mandler's production.
Patrick

PATRICK HARRINGTON | DILWORTH PAXSON LLP

1500 Market Street | Suite 3500E | Philadelphia, PA 19102

Tel: (215) 575-7236 | Cell: (609) 276-6564 | Fax: (215) 754-4603

pharrington@dilworthlaw.com | www.dilworthlaw.com

**From:** Harrington, Patrick M.
**Sent:** Wednesday, August 14, 2024 1:27 PM
**To:** Munkittrick, David A. <DMunkittrick@proskauer.com>; Kass, Colin R <CKass@proskauer.com>; Walsh, William T. <WWalsh@proskauer.com>
**Cc:** Richards, Ira N. <irichards@dilworthlaw.com>; Rodriguez, Lisa J <lrodriguez@dilworthlaw.com>
**Subject:** CarePoint Health Systems Inc. et al. v. RWJ Barabas Health Inc.

Counsel:
Please see attached correspondence.
Patrick

PATRICK HARRINGTON | DILWORTH PAXSON LLP

1500 Market Street | Suite 3500E | Philadelphia, PA 19102

Tel: (215) 575-7236 | Cell: (609) 276-6564 | Fax: (215) 754-4603

pharrington@dilworthlaw.com | www.dilworthlaw.com