# EXHIBIT 10

**FILED UNDER SEAL**

 Proskauer Rose LLP | 11 Times Square | New York, NY 10026

David A. Munkittrick
212-969-3226
dmunkittrick@proskauer.com

August 15, 2024

*Via Email*

Patrick M. Harrington
DILWORTH PAXSON LLP
457 Haddonfield Road, Suite 700
Cherry Hill, NJ 08002

Re:   *CarePoint v. RWJ Barnabas, 2:22-cv-05421 (D.N.J)*
      <u>Fifth Letter Regarding Mandler's Production.</u>[1]

Dear Patrick:

We write regarding the privilege log you served yesterday for Mr. Mandler's production in response to Barnabas's October 13, 2023 subpoena. Barnabas intends to challenge your privilege claims. As previously explained, CarePoint has waived privilege over these documents. And your privilege log fails to comply with Rule 26(b)(5).

We note that, in serving your privilege log, you did not include any sequestering demand. As you may recall, Barnabas previously expressed concern that CarePoint's failure to timely assert privilege had the potential to significantly prejudice Barnabas. To resolve that issue, CarePoint agreed that Barnabas may review and use Mr. Mandler's documents without the need to sequester any such documents. Specifically, you stated on April 23rd that:

> "CarePoint just reserves its rights based upon Barnabas's representation that Barnabas believes some documents may be privileged to assert such privilege, but is not asking Barnabas 'to incur costs of sequestering the documents,' and certainly does not seek to interfere or 'prevent Barnabas from preparing its defense based on information it subpoenaed from third parties.'… So there is no confusion on your part, **CarePoint withdraws its sequestering demand**."

Since that time, Barnabas has incurred significant costs in reviewing Mandler's production, and incorporating relevant information into case-related work product. It would be unduly burdensome, and unreasonable, for Barnabas to incur the costs of sequestering the 60,000+ documents listed on your privilege log and to remove references to such documents from our work product until disputes about these privilege claims have been resolved.

Given this, unless you request otherwise, we do not intend to sequester the documents listed in your log until there is a ruling on your privilege assertions, and we may refer to the documents in challenging your privilege claims. Of course, if the Court sustains your privilege claims, we will then return or destroy our copies of such documents.

---

[1] The letter concerns Mr. Mandler's document production provided to plaintiffs on March 27, 2024, Barnabas's April 9th, 17th, 23rd, and May 15th letters, and CarePoint's April 15th, 23rd, and May 15th letters, and August 14, 2024 privilege log.

Proskauer

Page 2

      If you disagree or otherwise request sequestering for some or all of the 60,000+ documents on your log, please let us know today, so we can raise the issue, along with any appropriate fee shifting request, with the Court on an expedited basis.

      Best regards,

      */s/ David Munkittrick*