# EXHIBIT 12

**FILED UNDER SEAL**

| | |
|---|---|
| **From**: | Vivek Garipalli [vgaripalli@gmail.com] |
| **Sent**: | 2/23/2019 10:59:10 PM |
| **To**: | jeffrey mandler [jmand58@gmail.com] |
| **CC**: | Jim Lawler [lawlerjp@aol.com]; Louis Modugno [lmodugno@ljmstrategies.com] |
| **Subject**: | Re: Board Meeting |

Whatever you learn, please send to all of us. Thanks.

On Feb 23, 2019, at 5:37 PM, jeffrey mandler <jmand58@gmail.com> wrote:

That's fine. I'm sure Giselle will figure it out. In the mean time I'm going to request a list of information and maybe a call with Rob. Jim has questions as well. Thanks

On Sat, Feb 23, 2019 at 5:27 PM Vivek Garipalli <vgaripalli@gmail.com> wrote:
I'm in SF next wk so will most likely be following week

On Feb 23, 2019, at 4:49 PM, jeffrey mandler <jmand58@gmail.com> wrote:

Thank you for the response. I have additional questions post, but will leave it for our discussion. I've sent a separate email to Giselle to set up an owners meeting next Thur or Fri.

On Sat, Feb 23, 2019 at 4:31 PM Vivek Garipalli <vgaripalli@gmail.com> wrote:
More than happy to meet in-person - please have Giselle coordinate a meeting. Thank you. Comments are below in italics:

On Sat, Feb 23, 2019 at 3:21 PM jeffrey mandler <jmand58@gmail.com> wrote:
I am compelled to send this email based on the tone of the meeting held yesterday. The doom and gloom representation is extrememly troubling as well the decision making process that is currently going on.

After some thought I have the following that we need to discuss as an ownership group.

1. The unilateral decision to hire a CFO without any input from Jim and I and then the full board - *I don't feel the need to micro manage Natasha's decision whom to hire on her executive team, including CFO. We didn't micro manage her decision on hiring an interim CFO. I was asked to meet him to help "sell" him to join CarePoint. The other organizations I'm on the Board of, we have never opined on whom to hire as CFO. If you feel differently, that's perfectly valid, and you're of course fully entitled to feel any way you want.*

2. The unilateral decision to terminate our guaranteed payments through Bayonne. If we can't pay the $1MM per year we have larger issues. I also wasn't clear if you were hinting at terminating the Christ Propco payment. That would not be something that would be in the context since Christ isn't in default. *You are 10000% correct - we have MASSIVE issues. CarePoint Hospitals are losing anywhere from $3mm to $5mm PER MONTH. That is a MAJOR issue. Christ IS in default.*

3. The lack of a thought out process on potential responses to Ensemble to a breach and there potential ability to cure and we dont get the benefit we desire in savings. *Ensemble's contract is with the MSO, not the Hospital or Hospitals. The entity with which Ensemble is contracted with has zero assets, and Judson has already been informed of that. Even if they cured, CarePoint could contract with another Vendor directly at the Hospital level. This is at least what Lou has informed me of when I inquired.*

HIGHLY CONFIDENTIAL

4. SCI effects ownership and it should be understood that whatever occurs post is what it is and we should create the proper responses as discussed. What It shouldn't do is influence our financial decisions and how the owners benefit from a for profit entity which we established and haven't broken any laws or committed fraud. *I 1000% agree - we should never let our financial decisions be influenced by public shaming of making a profit, we never have and we shouldn't start now.  Changing the management fee structure is purely driven by stemming the extreme losses at the Hospital level.*

5. As part of bringing Bill onto the board we made a decision to stay out of the day to day which doesn't seem to be working. Per your own response you've been directly involved with discssions with Natasha on a day to day. *I have been speaking to Natasha frequently because I am VERY worried that the Hospitals are BLEEDING cash, and I feel we as a Board are not yet receiving frequent cash flow updates and opex reduction updates.  My calls are frequent urging to get us that reporting asap so we can ensure that rapid changes to Opex are being effectuated.*

6. Sale process. I've not received any updated details of the sale process. Who are the entire targets and where are we with all of them. A status meeting with Citi should occur. We are all effected by the process. *Lou has access to all updates, and I agree all of that information should be forwarded to the Board on a frequent basis - I would love for us to receive a status update as we are all effected by that process.  At this point, I'm beyond pessimistic we will find a buyer given the Hospitals are losing anywhere from $36mm to $60mm on a consolidated basis.  But we could get lucky and one of the buyers may not realize that during due diligence and move forward anyway.*

7. Financials and breach. As we discussed we should have all of the details behind the breach, a conf call with the CFO to discuss the formula and the cure as we have done for years. We need this communication vs having things done in a vacuum. *Totally agree on full transparency to the Board around these key issues.  Lou, let's ensure a full reporting is conveyed to the Board on all of the covenant breaches.  Thank you.*

I suggest the three of us, as we have done since our relationship began, and how we have managed our ownership positions, have these discussions in person. There is an existing lack of respect for each others opinions in the core owenerahip group and this isn't the way we have managed our relationship in the past.

--
Jeffrey Mandler
Strategic Ventures LLC
[20 Mystic Lane](), Second Floor
Malvern, Pa 19355
Cell 610-742-1647

--
Jeffrey Mandler
Strategic Ventures LLC
[20 Mystic Lane](), Second Floor
Malvern, Pa 19355
Cell 610-742-1647

--
Jeffrey Mandler
Strategic Ventures LLC
20 Mystic Lane, Second Floor
Malvern, Pa 19355
Cell 610-742-1647