# EXHIBIT 13

**FILED UNDER SEAL**

| | |
|---|---|
| From: | James Lawler [lawlerjp@aol.com] |
| Sent: | 5/21/2015 1:23:28 PM |
| To: | Vivek Garipalli [vgaripalli@gmail.com] |
| CC: | Jeffrey Mandler [jmand58@gmail.com] |
| Subject: | Re: Union questions |

Don't forget we have management fees at BMC that are charged by the parent.

The other management fees to sequoia .....they will then ask how the debt got created and what it is used for.

I would tell them nothing. If we can get away with it.

Sent from my iPhone

On May 21, 2015, at 7:47 AM, Vivek Garipalli <vgaripalli@gmail.com> wrote:

Including Jim & Jeff on this as well.

The management company fees are an easy answer - I think over 90% go towards paying costs of debt - Gary will have the exact numbers.

On Wed, May 20, 2015 at 6:30 PM, Robert Wiesen <rawiesen@cbdm.com> wrote:
In my opinion, Dennis makes a fair point.

If there is a preference for furnishing data covering all operations in response to this request, as opposed to just the ED, I would recommend doing so. We would incur no significant legal risk and any claim that we are withholding relevant information would appear to be unfounded.

Best regards,
Rob

Sent from my iPhone

On May 20, 2015, at 6:05 PM, Kelly, Dennis <Dennis.Kelly@CarePointhealth.org> wrote:

I absolutely think it is wrong to show them any single segment or department of our business. We don't run standalone ER's. We run comprehensive inpatient and outpatient hospitals that include ER's.

DK

Dennis I. Kelly
CEO
CarePoint Health
Office: (201) 821-8707
www.carepointhealth.org

Sent from my iPhone. Please excuse any typos and punctuation errors.

On May 20, 2015, at 5:55 PM, "vgaripalli@gmail.com" <vgaripalli@gmail.com> wrote:

Cool, let's put together some draft responses as well.

HIGHLY CONFIDENTIAL
Mandler0018624

**From:** Gingerich, Brad
**Sent:** Wednesday, May 20, 2015 5:42 PM
**To:** vgaripalli@gmail.com; Kelly, Dennis
**Cc:** Prizant, Leslie; Robert Wiesen
**Subject:** RE: Union questions

I will run the numbers then we can discuss.

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: vgaripalli@gmail.com
Date:05/20/2015 5:35 PM (GMT-05:00)
To: "Gingerich, Brad" <Brad.Gingerich@CarePointhealth.org>, "Kelly, Dennis" <Dennis.Kelly@CarePointhealth.org>
Cc: "Prizant, Leslie" <Leslie.Prizant@CarePointhealth.org>, Robert Wiesen <rawiesen@cbdm.com>
Subject: Re: Union questions

Agreed. I think we focus that the one at most risk of closure is Christ Hospital. We need to be very judicious about our responses.


**From:** Gingerich, Brad
**Sent:** Wednesday, May 20, 2015 5:36 PM
**To:** Kelly, Dennis; Vivek Garipalli
**Subject:** Fwd: Union questions

Below makes me nervous

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: Robert Wiesen <rawiesen@cbdm.com>
Date:05/20/2015 5:27 PM (GMT-05:00)
To: "Gingerich, Brad" <Brad.Gingerich@CarePointhealth.org>, "Bryant, Gary" <Gary.Bryant@CarePointhealth.org>, "Prizant, Leslie" <Leslie.Prizant@CarePointhealth.org>
Cc: "Dobin, Jennifer" <Jennifer.Dobin@CarePointhealth.org>
Subject: Re: Union questions

They want to show that our EDs are very profitable due to high out of network reimbursement.

Keep in mind they are inept with respect to business and financial matters and most of them are not too bright.

HIGHLY CONFIDENTIAL

**From:** <Gingerich>, Brad <Brad.Gingerich@CarePointhealth.org>
**Date:** Wednesday, May 20, 2015 at 5:20 PM
**To:** Gary Bryant <Gary.Bryant@carepointhealth.org>, Leslie Prizant <leslie.prizant@carepointhealth.org>
**Cc:** Jennifer Dobin <jennifer.dobin@carepointhealth.org>, Robert Wiesen <rawiesen@cbdm.com>
**Subject:** RE: Union questions

Agreed.  Curious to understand their end use with it.

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: "Bryant, Gary" <Gary.Bryant@CarePointhealth.org>
Date:05/20/2015 5:19 PM (GMT-05:00)
To: "Gingerich, Brad" <Brad.Gingerich@CarePointhealth.org>, "Prizant, Leslie" <Leslie.Prizant@CarePointhealth.org>
Cc: "Dobin, Jennifer" <Jennifer.Dobin@CarePointhealth.org>, Robert Wiesen <rawiesen@cbdm.com>
Subject: RE: Union questions

I don't know.  Looping in Rob as I want to give data, but it may require some discussion.

Gary

**Gary S. Bryant**
**EVP & Chief Financial Officer**
**CarePoint Health System**
201-821-8767 – Office
239-849-2245 – Cell

**From:** Gingerich, Brad
**Sent:** Wednesday, May 20, 2015 5:17 PM
**To:** Bryant, Gary; Prizant, Leslie
**Cc:** Dobin, Jennifer
**Subject:** RE: Union questions

Overall,  in aggregate (include medicare,  sp,  caid,  charity,  etc)?

Sent from my T-Mobile 4G LTE Device

-------- Original message --------
From: "Bryant, Gary" <Gary.Bryant@CarePointhealth.org>
Date:05/20/2015 5:12 PM (GMT-05:00)
To: "Gingerich, Brad" <Brad.Gingerich@CarePointhealth.org>, "Prizant, Leslie" <Leslie.Prizant@CarePointhealth.org>

Cc: "Dobin, Jennifer" <Jennifer.Dobin@CarePointhealth.org>
Subject: Union questions

Brad/Leslie –

HPAE has requested some information:

Brad:
What is the average reimbursement rate on charges for ER services at each CarePoint Hospital?
What percentage of payers pay the full charges in ED services?

Leslie:
How do the provisions of the sale-leaseback agreements with MPT, specifically those prohibiting CarePoint from canceling or surrendering the licenses to operate Bayonne Medical Center and HUMC without the prior written consent of MPT, impact the ability of CarePoint to close Bayonne Medical Center as has been threatened? Has CarePoint informed MPT that it is considering closing BMC?

A response is due on 5/26, so I need your thoughts ASAP so I can circulate a consolidated document.

Thanks.

Gary

**Gary S. Bryant**
**EVP & Chief Financial Officer**
**CarePoint Health System**
10 Exchange Place, 15th Floor
Jersey City, NJ 07302
201-821-8767 – Office
239-849-2245 – Cell

<image001.png>

CONFIDENTIAL COMMUNICATION This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication in error, please delete the email and contact the sender immediately. This information may have been disclosed to you from confidential records and may be protected by federal and state law. This information may include confidential mental health, substance abuse, alcohol abuse and/or HIV-related information. Federal and state law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail

sentence or both. A general authorization for the release of this information may not be sufficient authorization for further disclosure.

CONFIDENTIAL COMMUNICATION This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication in error, please delete the email and contact the sender immediately. This information may have been disclosed to you from confidential records and may be protected by federal and state law. This information may include confidential mental health, substance abuse, alcohol abuse and/or HIV-related information. Federal and state law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of this information may not be sufficient authorization for further disclosure.

CONFIDENTIAL COMMUNICATION This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication in error, please delete the email and contact the sender immediately. This information may have been disclosed to you from confidential records and may be protected by federal and state law. This information may include confidential mental health, substance abuse, alcohol abuse and/or HIV-related information. Federal and state law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of this information may not be sufficient authorization for further disclosure.

CONFIDENTIAL COMMUNICATION This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication in error, please delete the email and contact the sender immediately. This information may have been disclosed to you from confidential records and may be protected by federal and state law. This information may include confidential mental health, substance abuse, alcohol abuse and/or HIV-related information. Federal and state law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of this information may not be sufficient authorization for further disclosure.

CONFIDENTIAL COMMUNICATION This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication in error, please delete the email and contact the sender immediately. This information may have been disclosed to you from confidential records and may be protected by federal and state law. This information may include confidential mental health, substance abuse, alcohol abuse and/or HIV-related information. Federal and state law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of this information may not be sufficient authorization for further disclosure. ---------------------------------------------------------------- Important news about our email communications CarepointHealth has implemented secure messaging services. To learn more about Secure Messaging, go to: http://www.uapguide.com/carepoint-health-hoboken-university-medical-center/customer/introduction If you need assistance with retrieving a secure email, please email zixmail@carepointhealth.org or visit: http://www.uapguide.com/carepoint-health-hoboken-university-medical-center/receiving-encrypted-email

CONFIDENTIAL COMMUNICATION This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication in error, please delete the email and contact the sender immediately. This information may have been disclosed to you from confidential records and may be protected by federal and state law. This information may include confidential mental health, substance abuse, alcohol abuse and/or HIV-related information. Federal and state law prohibits you from making any further disclosure of this information without the specific written consent

HIGHLY CONFIDENTIAL                                                                                                                                      Mandler0018628

of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of this information may not be sufficient authorization for further disclosure.

CONFIDENTIAL COMMUNICATION This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication in error, please delete the email and contact the sender immediately. This information may have been disclosed to you from confidential records and may be protected by federal and state law. This information may include confidential mental health, substance abuse, alcohol abuse and/or HIV-related information. Federal and state law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of this information may not be sufficient authorization for further disclosure.

CONFIDENTIAL COMMUNICATION This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication in error, please delete the email and contact the sender immediately. This information may have been disclosed to you from confidential records and may be protected by federal and state law. This information may include confidential mental health, substance abuse, alcohol abuse and/or HIV-related information. Federal and state law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of this information may not be sufficient authorization for further disclosure. ---------------------------------------------------------------- Important news about our email communications CarepointHealth has implemented secure messaging services. To learn more about Secure Messaging, go to: http://www.uapguide.com/carepoint-health-hoboken-university-medical-center/customer/introduction If you need assistance with retrieving a secure email, please email zixmail@carepointhealth.org or visit: http://www.uapguide.com/carepoint-health-hoboken-university-medical-center/receiving-encrypted-email

CONFIDENTIAL COMMUNICATION This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication in error, please delete the email and contact the sender immediately. This information may have been disclosed to you from confidential records and may be protected by federal and state law. This information may include confidential mental health, substance abuse, alcohol abuse and/or HIV-related information. Federal and state law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of this information may not be sufficient authorization for further disclosure.

CONFIDENTIAL COMMUNICATION This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication in error, please delete the email and contact the sender immediately. This information may have been disclosed to you from confidential records and may be protected by federal and state law. This information may include confidential mental health, substance abuse, alcohol abuse and/or HIV-related information. Federal and state law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of this information may not be sufficient authorization for further disclosure.

CONFIDENTIAL COMMUNICATION This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication in error, please delete the email and contact the sender immediately. This information may have been disclosed to you from confidential records and may be protected by federal and state law. This information may include confidential mental health, substance abuse, alcohol abuse and/or HIV-related information. Federal and state law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of this

HIGHLY CONFIDENTIAL
Mandler0018629

information may not be sufficient authorization for further disclosure. --------------------------------------------------- Important news about our email communications CarepointHealth has implemented secure messaging services. To learn more about Secure Messaging, go to: http://www.uapguide.com/carepoint-health-hoboken-university-medical-center/customer/introduction If you need assistance with retrieving a secure email, please email zixmail@carepointhealth.org or visit: http://www.uapguide.com/carepoint-health-hoboken-university-medical-center/receiving-encrypted-email

CONFIDENTIAL COMMUNICATION This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication in error, please delete the email and contact the sender immediately. This information may have been disclosed to you from confidential records and may be protected by federal and state law. This information may include confidential mental health, substance abuse, alcohol abuse and/or HIV-related information. Federal and state law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of this information may not be sufficient authorization for further disclosure.

<image001.png>

CONFIDENTIAL COMMUNICATION This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication in error, please delete the email and contact the sender immediately. This information may have been disclosed to you from confidential records and may be protected by federal and state law. This information may include confidential mental health, substance abuse, alcohol abuse and/or HIV-related information. Federal and state law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of this information may not be sufficient authorization for further disclosure.

CONFIDENTIAL COMMUNICATION This transmission is intended only for the individual or entity to which it is addressed and contains information that is confidential. If you have received this communication in error, please delete the email and contact the sender immediately. This information may have been disclosed to you from confidential records and may be protected by federal and state law. This information may include confidential mental health, substance abuse, alcohol abuse and/or HIV-related information. Federal and state law prohibits you from making any further disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law. Any unauthorized further disclosure in violation of the law may result in a fine or jail sentence or both. A general authorization for the release of this information may not be sufficient authorization for further disclosure. --------------------------------------------------- Important news about our email communications CarepointHealth has implemented secure messaging services. To learn more about Secure Messaging, go to: http://www.uapguide.com/carepoint-health-hoboken-university-medical-center/customer/introduction If you need assistance with retrieving a secure email, please email zixmail@carepointhealth.org or visit: http://www.uapguide.com/carepoint-health-hoboken-university-medical-center/receiving-encrypted-email