Patrick M. Harrington, Esquire
ID# 098422014
**DILWORTH PAXSON LLP**
A Pennsylvania Limited Liability Partnership
Liberty View
457 Haddonfield Road, Suite 700
Cherry Hill, NJ 08002
Telephone:  856-675-1900
*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAREPOINT HEALTH SYSTENS, INC., et al., | |
| Plaintiffs, | Hon. Evelyn Padin, U.S.D.J |
| v. | Hon. Cathy L. Waldor, U.S.M.J. |
| RWJ BARNABAS HEALTH, INC., | Civil Action No. 2:22-cv-05421-EP-CLW |
| Defendant. | |

## SUGGESTION OF BANKRUPTCY

The Clerk of this court and the Defendant will please note that Plaintiffs in the above action filed a petition in Bankruptcy under Chapter 11 of the United States Bankruptcy Code in the District Court of the United States for the District of Delaware. The petition was filed with the court on or about November 3, 2024, and the Defendant was adjudicated bankrupt on that day. The court assigned Case No. 24-12534 as the docket number to the petition.

Please note further that, as provided in 11 U.S.C.A. § 362, the filing of the petition operates as a stay of the continuation of any judicial proceeding against the Plaintiffs; of the enforcement against the Plaintiffs or against property of the Plaintiffs' bankruptcy estate of any judgment obtained before the filing of the bankruptcy petition; of any act to obtain possession of property of the estate or of

#124659659v1

property from the estate or to exercise control over property of the estate; of any act to create, perfect, or enforce any lien against property of the estate; and of any act to collect, assess, or recover a claim against the debtor that arose before the filing of the bankruptcy petition.

      Violation of the stay may be punished as a contempt of the Bankruptcy Court.

Dated: November 4, 2024

                                            */s/ Patrick M. Harrington*
                                            Patrick M. Harrington, Esq.
                                            *Attorney for Defendant*

## **CERTIFICATE OF SERVICE**

  I, Patrick Harrington, do hereby attest that on this date I have served a copy of this Suggestion of Bankruptcy upon all counsel of record in this matter.

*/s/ Patrick M. Harrington*
Patrick M. Harrington, Esq.
Dilworth Paxson, LLP

#124659659v1