

Mark A. Schiavo
New Jersey Managing Partner

DIRECT DIAL NUMBER:
(856) 675-1926

Lisa J. Rodriguez
lrodriguez@dilworthlaw.com

November 4, 2024

VIA ECF

Hon. Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse

    Re:    *CarePoint Health Systems, et al. v. RWJ Barnabas Health Inc.*,
           Case No. 22-cv-05421 (D.N.J.)

Dear Judge Waldor:

    I write to bring Your Honor's attention to the Suggestion of Bankruptcy filed this morning [ECF 144], informing the Court that Plaintiffs in this matter filed petitions in Bankruptcy under Chapter 11 of the United States Bankruptcy Code in the District Court of the United States for the District of Delaware. The petitions were filed with the court on November 3, 2024, and the Defendants were adjudicated bankrupt on that day. The court will be jointly administering the debtors' cases under consolidated docket Case No. 24-12534-JKS.

    As discussed in our October 31, 2024 letter to Your Honor, given the bankruptcy filing, and assessment by the bankruptcy court and US Trustee as to how CarePoint, and its prosecution of this matter will proceed, if at all, we request the Case Management Conference and argument scheduled for November 7, 2024 to be adjourned.

                                    Respectfully,

                                    */s/ Lisa J. Rodriguez*
                                    Lisa J. Rodriguez