

400 Crossing Boulevard
8th Floor
P.O. Box 5933
Bridgewater, NJ 08807

T: 908-722-0700
F: 908-722-0755

Nicholas Pellitta, Esq.
Direct Dial: 908-252-4164
Email: nfpellitta@norris-law.com

December 23, 2024

**VIA: ELECTRONIC FILING**
Honorable Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse

    Re:    *CarePoint Health Systems, Inc., et al. v. RWJ Barnabas Health, Inc.*
           C.A. No. 2:22-cv-05421-EP-CLW

Dear Judge Waldor:

This letter is submitted on behalf of non-parties James Lawler and Vivek Garipalli ("Former Shareholders"). We write to notify the Court that the Former Shareholders' letter filed earlier today (ECF 158) was inadvertently filed without Exhibits 1 and 2. Accordingly, please find enclosed Exhibits 1 and 2.

We thank the Court for its time in considering this matter and remain available to Your Honor with any questions or concerns.

                Respectfully submitted,

                NORRIS McLAUGHLIN, P.A.

                *s/ Nicholas Pellitta*
                Nicholas F. Pellitta

NFP/men

cc: Alex Spiro, Esq. – Quinn Emanuel Urquhart & Sullivan, LLP (Counsel for Mr. Garipalli)



BRIDGEWATER, NJ | NEW YORK, NY | ALLENTOWN, PA

WWW.NORRISMCLAUGHLIN.COM