

Proskauer Rose LLP   Eleven Times Square   New York, NY 10036-8299

William T. Walsh
212-969-3908
WWalsh@proskauer.com

December 26, 2024

<u>*Via ECF*</u>
Hon. Cathy L. Waldor, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse

      Re:    *CarePoint Health Management Assocs. LLC. v. RWJ Barnabas Health Inc.*,
            2:22-cv-05421-EP-CLW

Dear Judge Waldor:

      We write regarding several submissions on the Court's docket that Barnabas preliminarily filed under seal.  *See* ECF 90, 95, 130, and 142.  Barnabas filed these submissions under seal because they reference information produced in this litigation that CarePoint or a third-party designated as "confidential" or "attorney's eyes only" under the Court's Discovery Confidentiality Order.  ECF 73.  However, the respective deadlines for any party or third-party to file a motion to seal any portion of these submissions pursuant to L. Civ. R. 5.3 has long since passed.  Neither CarePoint nor any other person has proposed any redactions or otherwise indicated an intent to move to seal any portion of these submissions.  Nor has any person sought an extension to any deadline to file a motion to seal.  Barnabas is not seeking to seal any portion of these submissions.  Accordingly, Barnabas respectfully requests that the Court instruct the Clerk's Office to unseal docket entries 90, 95, 130 and 142 on the public docket.

                                                Respectfully submitted,

                                               */s/ William T. Walsh*