William T. Walsh
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3908
wwalsh@proskauer.com

*Attorney for RWJ Barnabas Health, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **CAREPOINT HEALTH SYSTEMS INC.**, *et al.* | ) ) ) ) | 22-cv-05421-EP-CLW |
| Plaintiffs, | ) ) ) | Hon. Evelyn Padin, USDJ |
| v. | ) ) ) | Hon. Cathy L. Waldor, USMJ |
| **RWJ BARNABAS HEALTH, INC.**, | ) ) | **Oral Argument Requested** |
| Defendant. | ) ) ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE THAT** Defendant RWJ Barnabas Health, Inc. ("Barnabas") hereby moves this Court for an Order granting Barnabas's Cross-Motion for Summary Judgment pursuant to the Federal Rule of Civil Procedure 56.

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Barnabas shall rely on the accompanying Brief, the Statement of Undisputed

Material Facts, Declaration of William T. Walsh, and the exhibits appended thereto.

**PLEASE TAKE FURTHER NOTICE** that Barnabas encloses herewith a proposed form of Order.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Local Rule 78.1, Barnabas respectfully requests oral argument on the Motion.

Dated: June 30, 2025                             Respectfully submitted,

*/s/ William T. Walsh*
William T. Walsh
David A. Munkittrick*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
wwalsh@proskauer.com
dmunkittrick@proskauer.com

Colin R. Kass*
Erica T. Jones*
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, N.W.
Washington, D.C. 20004
(202) 416-6800
ckass@proskauer.com
ejones@proskauer.com

*Attorneys for Defendant
RWJ Barnabas Health, Inc.*

*\* Admitted Pro Hac Vice*

2