William T. Walsh
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3908
wwalsh@proskauer.com

*Attorney for RWJ Barnabas Health, Inc*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CAREPOINT HEALTH SYSTEMS INC.,** *et al*. ) | 22-cv-05421-EP-CLW |
| Plaintiffs, ) | Hon. Evelyn Padin, USDJ |
| v. ) | Hon. Cathy L. Waldor, USMJ |
| **RWJ BARNABAS HEALTH, INC.,** ) | |
| Defendant. ) | |

### DECLARATION OF WILLIAM T. WALSH, JR. IN SUPPORT OF BARNABAS'S CROSS-MOTION FOR SUMMARY JUDGMENT

I, WILLIAM T. WALSH, JR. declare as follows:

1. I am an attorney at law and an associate of the law firm Proskauer Rose LLP in New York, located at Eleven Times Square, New York, N.Y. 10036. I am an attorney in good standing of the Bar of the State of New Jersey and am admitted to practice before the United States District Court for the District of New

Jersey. I make this declaration of my own personal knowledge except where otherwise stated, and if called as a witness, I could and would testify competently as set forth below.

2. I represent RWJ Barnabas Health, Inc. ("Barnabas") in the above-captioned matter.

3. This declaration is submitted in support of Barnabas's Opposition to CarePoint's Motion to Substitute the CarePoint Litigation Trust as Plaintiff in this matter (ECF 238), as well as in support of Barnabas's Cross-Motion for Summary Judgment. The attached exhibits are true and correct copies of the following documents:

1. Exhibit 1 is a true and correct copy of CarePoint's Complaint filed in this action on September 6, 2022 at ECF 1.

2. Exhibit 2 is a true and correct copy of CarePoint's Third Amended Complaint filed in this action on February 8, 2023 at ECF 27.

3. Exhibit 3 is a true and correct copy of Bayonne Medical Center's June 4, 2020 Complaint filed in New Jersey Superior Court, Hudson County Chancery Division, HUD-C-87-20, against HRH, Yan Moshe, and Nizar Kifaieh.

4. Exhibit 4 is a true and correct copy of the June 17, 2020 Complaint filed in Delaware Chancery Court captioned: *WTFK Bayonne Propco, LLC v. IJKG OPCO, LLC*, No. 2020-0480 (Del. Ch. June 17, 2020).

5. Exhibit 5 is a true and correct copy of the September 24, 2020 Order substituting 29 E 29 Steet Holdings, LLC as plaintiff in the action captioned WTFK Bayonne Propco, LLC v. IJKG OPCO, LLC, No. 2020-0480 (Del. Ch. June 17, 2020).

6. Exhibit 6 is a true and correct copy of the December 21, 2020 Stipulation of Dismissal without prejudice in the action captioned *IJKG OPCO, LLC, d/b/a Bayonne Medical Center v. NJMHC LLC, d/b/a Hudson Regional Hospital, et al.*, HUD-C-87-20.

7. Exhibit 7 is a true and correct copy of the December 28, 2020 Stipulation and Order Regarding the Consolidation of the Parties' Claims in the action captioned *29 E 29 Street Holdings LLC v. IJKG Opco, LLC*, No. 2020-0480 (Del. Ch. June 17, 2020).

8. Exhibit 8 is a true and correct copy of the January 28, 2021 Counterclaims filed by CarePoint against HRH, Yan Moshe and others in the action captioned *29 E 29 Street Holdings LLC v. IJKG Opco, LLC*, No. 2020-0480 (Del. Ch. June 17, 2020).

9. Exhibit 9 is a true and correct copy of the October 18, 2024 Consent Order for Foreclosure of Security Interests and Surrender of Property, Reversion of Operating License, Possession and Entry of Final Judgment entered in the action captioned *29 E 29 Street Holdings LLC v. IJKG Opco, LLC*, No. 2020-0480 (Del. Ch. June 17, 2020).

10. Exhibit 10 is a true and correct copy of the November 3, 2024 Voluntary Petition for Chapter 11 Bankruptcy filed by CarePoint in the United States Bankruptcy Court for the District of Delaware in the matter captioned *CarePoint Health Systems, Inc.*, No. 24-BK-12534.

11. Exhibit 11 is a true and correct copy of the Seventh Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization as Modified as of April 15, 2025 filed by CarePoint in the United States Bankruptcy Court for the District of Delaware in the matter captioned *CarePoint Health Systems, Inc.,* No. 24-BK-12534.

12. Exhibit 12 is a true and correct copy of the United States Bankruptcy Court for the District of Delaware's April 17, 2025 Findings of Fact, Conclusions of Law, and Order Confirming Seventh Amended Combined Disclosure Statement and Joint Chapter 11 Plan of Reorganization as Modified as of April 15, 2025 issued in the matter captioned *CarePoint Health Systems, Inc.,* No. 24-BK-12534.

13. Exhibit 13 is a true and correct copy of the Litigation Trust Agreement appended as Exhibit A to the Seventh Amended Combined Disclosure

Statement and Joint Chapter 11 Plan of Reorganization entered in the United States Bankruptcy Court for the District of Delaware in the matter captioned CarePoint Health Systems, Inc., No. 24-BK-12534.

14. Exhibit 14 is a true and correct copy of excerpts of the March 13, 2025 Transcript of the Confirmation Hearing held in the United States Bankruptcy Court for the District of Delaware in the matter captioned CarePoint Health Systems, Inc., No. 24-BK-12534.

15. Exhibit 15 is a true and correct copy of the March 7, 2025 Declaration of Angela Murdock-Ridley, Vice President of Finance at Hudson Regional Hospitals, LLC, which was filed in support of CarePoint's Bankruptcy Plan in the United States Bankruptcy Court for the District of Delaware in the matter captioned CarePoint Health Systems, Inc., No. 24-BK-12534 (Dkt. No. 884.)

16. Exhibit 16 is a true and correct copy of excerpts of the March 12, 2025 Transcript of the Confirmation Hearing held in the United States Bankruptcy Court for the District of Delaware in the matter captioned CarePoint Health Systems, Inc., No. 24-BK-12534.

17. Exhibit 17 is a true and correct copy of excerpts of the January 17, 2025 Transcript of the Hearing held in the United States Bankruptcy Court for the District of Delaware in the matter captioned CarePoint Health Systems, Inc., No. 24-BK-12534.

Dated: June 30, 2025                               */s/ William T. Walsh, Jr.*
                                                   William T. Walsh, Jr.