Proskauer Rose LLP | 11 Times Square | New York, NY 10026

William T. Walsh
212-969-3908
WWalsh@proskauer.com

September 25, 2025

<u>*Via ECF*</u>

Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King, Jr. Federal Building & U.S. Courthouse

    Re: *CarePoint Health Management Assocs. LLC v. RWJ Barnabas Health Inc.,*
      *22-cv-05421-EP-CLW*

Dear Judge Fais:

  RWJ Barnabas Health, Inc. ("Barnabas") writes regarding the upcoming deposition of non-party Medical Properties Trust, Inc. ("MPT") scheduled for Wednesday, October 1, 2025.

  Pursuant to the Discovery Confidentiality Order in this case, documents marked confidential may be shown to deponents, or persons who authored or received a document, "provided the deponent has signed a non-disclosure agreement in the form attached hereto as Exhibit A and does not retain any Confidential Material." ECF 73 at 6, 8.

  MPT has refused to sign Exhibit A to the Confidentiality Order, but in meeting and conferring on the issue, MPT stated that it would not object to a request from Barnabas that the Court issue an Order directing MPT to abide by the Confidentiality Order and the obligations identified in Exhibit A to the Confidentiality Order.

  Accordingly, Barnabas respectfully requests that this Letter be so-ordered to require MPT to abide by the requirements of the Confidentiality Order as well as Exhibit A thereto, so that the deposition may go forward on October 1.

                Respectfully submitted,

                */s/ William T. Walsh*

So ordered: _____
      Honorable Cari Fais