*Via ECF*
Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

    Re:    *The CarePoint Litigation Trust v. Barnabas*, Case No. 22-cv-05421 (D.N.J.)

Dear Judge Fais:

    The CarePoint Litigation Trust (the "Trust") and RWJ Barnabas Health, Inc. ("Barnabas") submit this joint status report pursuant to the Court's August 27, 2025 Order that the parties jointly "file a status letter no later than three days prior to the conference addressing the topics the parties would like to discuss at the conference with their respective positions."  [ECF 296].

    The Trust and Barnabas agree that the only issue that is ripe for discussion during the upcoming status conference is the parties' dispute over CarePoint's responses to Barnabas's interrogatories.  The parties' respective positions on this issue are articulated in the Joint Letter Regarding Barnabas's Request to Enforce Order Compelling Interrogatory Responses (ECF 312), filed on October 27, 2025.  [ECF 317].

Respectfully submitted,

| | |
|---|---|
| */s/Robert M. Hirsh* | */s/William T. Walsh, Jr.* |
| *Counsel for the CarePoint Litigation Trust* | *Counsel for RWJ Barnabas Health Inc.* |