William T. Walsh
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3908
wwalsh@proskauer.com

*Attorney for RWJ Barnabas Health, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **THE CAREPOINT LITIGATION TRUST,** | 22-cv-05421-EP-CF |
| Plaintiff, | Hon. Evelyn Padin, USDJ |
| v. | Hon. Cari Fais, USMJ |
| **RWJ BARNABAS HEALTH, INC.,** | |
| Defendant. | |

**NOTICE OF MOTION**

**PLEASE TAKE NOTICE THAT** Defendant RWJ Barnabas Health, Inc. ("Barnabas") hereby moves this Court for an Order granting Barnabas's Motion for Leave to Amend its Answer and Affirmative Defenses, and to File its Counterclaim pursuant to Federal Rule of Civil Procedure 15(a)(2), (d); *see also* Fed. Civ. P. 13(e).

**PLEASE TAKE FURTHER NOTICE** that in support of its motion, Barnabas shall rely on the accompanying Brief, and the exhibit appended thereto.

**PLEASE TAKE FURTHER NOTICE** that Barnabas encloses herewith a proposed form of Order.

Dated: November 14, 2025

Respectfully submitted,

*/s/ William T. Walsh*
William T. Walsh
David A. Munkittrick*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
wwalsh@proskauer.com
dmunkittrick@proskauer.com

Colin R. Kass*
Erica T. Jones*
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, N.W.
Washington, D.C. 20004
(202) 416-6800
ckass@proskauer.com
ejones@proskauer.com

*Attorneys for Defendant*
*RWJ Barnabas Health, Inc.*

\* *Admitted Pro Hac Vice*

2