*Via ECF*
Hon. Cari Fais, U.S.M.J. & Hon. Evelyn Padin
U.S. District Court for the District of New Jersey

      Re:    *The CarePoint Litigation Trust v. Barnabas,* Case No. 22-cv-05421 (D.N.J.) Briefing Schedule with Respect to RWJ Barnabas Health, Inc.'s Motion for Leave to Amend its Answer, Affirmative Defenses, and Counterclaim, and Motion to Consolidate Cases [321] and Motion to Consolidate Cases [ECF 324]

Dear Judges Fais and Padin

The parties are in the process of conferring on a reasonable briefing schedule for RWJ Barnabas Health, Inc.'s ("Barnabas") Motion for Leave to Amend its Answer, Affirmative Defenses, and Counterclaim [ECF 321] and Motion to Consolidate Cases [ECF 324], along with a potential proposal to the Court.

Thus far the parties have reached no agreement but wish to continue conferring after the Thanksgiving holiday without the Trust facing an impending deadline to respond to these two motions on December 1—the Monday after Thanksgiving. Accordingly, the parties agree the Trust's response deadline for these two motions shall be extended until either a stipulated proposal regarding these two motions is presented to the Court or until the Court resolves any dispute that may remain between the parties concerning the appropriate briefing schedule for these motions.

The Trust reserves all rights regarding its opposition to both motions.

Respectfully submitted,

| | |
|---|---|
| */s/Robert M. Hirsh* | */s/William T. Walsh, Jr.* |
| *Counsel for the CarePoint Litigation Trust* | *Counsel for RWJ Barnabas Health Inc.* |

**SO ORDERED:**

_____
Hon. Cari Fais, U.S.M.J.


_____
Hon. Evelyn Padin