UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE CAREPOINT LITIGATION TRUST,<br><br>      Plaintiff,<br><br>v.<br><br>RWJ BARNABAS HEALTH, INC.,<br><br>      Defendant. | Civil Action No. 22-05421<br><br>Hon. Evelyn Padin, U.S.D.J.<br><br>Hon. Cari Fais, U.S.M.J. |

## ORDER SETTING BRIEFING SCHEDULE

**THIS MATTER** having come before the Court, *sua sponte*, to establish a briefing schedule for the papers in relation to Defendant RWJ Barnabas's Motions to Amend the Complaint and Consolidate Cases (D.E. Nos. 321 and 324), and in the Court's discretion,

**IT IS, on this 5th day of December 2025, ORDERED THAT:**

1. Plaintiff, the CarePoint Litigation Trust, shall file their Opposition Briefs to Defendant's Motions on or before **December 22, 2025.**

2. Defendant's Reply Briefs shall be due on or before **December 29, 2025.**

3. The Motion Day for both Motions shall be **January 5, 2026.**

*s/ Cari Fais*
Hon. Cari Fais
United States Magistrate Judge

cc:    Hon. Evelyn Padin, U.S.D.J.