IN THE UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| THE CAREPOINT LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>RWJ BARNABAS HEALTH, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 22-cv-05421-EP-CLW<br><br>Hon. Evelyn Padin, USDJ<br><br>Hon. Cari Fais, USMJ |

**NOTICE OF APPEARANCE**

Please note that Joshua H. Bucheister of the law firm Norton Rose Fulbright US LLP hereby enters this appearance on behalf of the Plaintiff CarePoint Litigation Trust. Joshua H. Bucheister has been admitted *pro hac vice* and respectfully requests service of all notices, correspondence, pleadings, orders, and any other information regarding this case through the contact information as noted below.

Dated: December 10, 2025

NORTON ROSE FULBRIGHT US LLP

By: *s/ Robert M. Hirsh*
ROBERT M. HIRSH
New Jersey Bar No. 018901998
robert.hirsh@nortonrosefulbright.com

DEWEY J. GONSOULIN III
(Admitted *pro hac vice*)
dewey.gonsoulin@nortonrosefulbright.com
Texas Bar No. 24131337
New York Bar No. 6168660
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3060
Facsimile: (212) 318-3400

By: *s/ Michael A. Swartzendruber*
MICHAEL A. SWARTZENDRUBER
(Admitted *pro hac vice*)
Texas Bar No. 19557702
michael.swartzendruber@nortonrosefulbright.com
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone: (214) 855-8067
Facsimile: (214) 855-8200

By: *s/ Darryl Anderson*
DARRYL ANDERSON
(Admitted *pro hac vice*)
Texas Bar No. 24008694
darryl.anderson@nortonrosefulbright.com

JOSHUA H. BUCHEISTER
(Admitted *pro hac vice*)
Texas Bar No. 24145029
joshua.bucheister@nortonrosefulbright.com

KATE ERGENBRIGHT
(Admitted *pro hac vice*)
Texas Bar No. 24097660
kate.ergenbright@nortonrosefulbright.com
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

Attorneys for the CarePoint Litigation Trust

**CERTIFICATE OF SERVICE**

This will certify that the undersigned has this day filed the above and foregoing document with the Clerk of this Court using the CM/ECF filing system on December 10, 2025.

*s/ Robert M. Hirsh*
Robert M. Hirsh