# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE CAREPOINT LITIGATION TRUST<br><br>Plaintiffs,<br><br>v.<br><br>RWJ BARNABAS HEALTH, INC.,<br><br>Defendant. | Hon. Evelyn Padin, U.S.D.J.<br><br>Hon. Cari Fais, U.S.M.J.<br><br>Civil Action No.<br><br>2:22-cv-05421-EP-CF<br><br>**[PROPOSED] ORDER** |

**AND NOW**, this _____ day of _____, 2026, upon consideration of Defendant RWJ Barnabas Health, Inc.'s Motion for Leave to Amend Its Answer, Affirmative Defenses, and Counterclaim [ECF 321] ("Motion"), and any responses and replies thereto, it is hereby **ORDERED** that the relief requested in the Motion is **DENIED**.

BY THE COURT:

_____
Hon. Cari Fais, U.S.M.J