Proskauer Rose LLP | 11 Times Square | New York, NY 10026

William T. Walsh
212-969-3908
WWalsh@proskauer.com

December 11, 2025

*Via ECF*

Hon. Evelyn Padin, U.S.D.J.
Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

>   Re:   *CarePoint v. Barnabas,* 22-cv-05421 (D.N.J.)
>         **Unopposed** Request to Extend Motion to Amend Reply Page Limit to 25.

Dear Judge Padin and Judge Fais:

     Barnabas writes regarding its forthcoming reply in further support of its Motion to Amend (ECF 321). Because that motion addresses multiple proposed claims (three), affirmative defenses (seven), and defendants (two), Barnabas anticipates needing additional pages to sufficiently respond to CarePoint's opposition. Barnabas therefore respectfully requests permission to file a reply brief of up to 25 pages, rather than the default 15 pages. CarePoint does not oppose this request.

     If acceptable, Barnabas respectfully requests that the Court endorse this letter below and direct that it be entered on the docket.

Respectfully submitted,

*/s/ William T. Walsh, Jr.*

*Counsel for RWJ Barnabas Health Inc.*

**DENIED.**

*s/ Cari Fais*
Hon. Cari Fais, U.S.M.J.

Dated: December 23, 2025