*Via ECF*
Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

    Re:    *The CarePoint Litigation Trust v. Barnabas,* Case No. 22-cv-05421 (D.N.J.)
             *Sealing Extension*

Dear Judge Fais:

    The CarePoint Litigation Trust and RWJ Barnabas Health, Inc. write regarding the Parties forthcoming motion to seal ECF 341-1 and 341-2, which is due December 26, 2025. In light of the holidays, the Parties seek an extension until December 29, 2025 to file the motion to seal.

    If acceptable, the Parties respectfully request that the Court endorse this letter below and direct that it be entered on the docket.

Respectfully submitted,

*/s/ Robert M. Hirsh*                                            */s/ William T. Walsh*

*Counsel for the CarePoint Litigation Trust*          *Counsel for RWJ Barnabas Health Inc.*

_____
Hon. Cari Fais, U.S.M.J.

Dated: _____