| | |
|---|---|
| THE CAREPOINT LITIGATION TRUST,<br><br>Plaintiff,<br><br>v.<br><br>RWJ BARNABAS HEALTH, INC.,<br><br>Defendant. | Hon. Evelyn Padin, U.S.D.J<br><br>Hon. Cari Fais, U.S.M.J.<br><br>Civil Action No. 2:22-cv-05421-EP-CF<br><br>Motion Date: February 2, 2026 |

## **MOTION TO SEAL**

The CarePoint Litigation Trust files this Motion to Seal ECF Nos. 341-1 and 341-2, which were filed by the Trust on December 12, 2025, and would respectfully show the Court as follows:

On December 8, 2025, RWJ Barnabas Health, Inc. ("Barnabas") filed a letter requesting that this Court unseal its Brief in support of its Motion to Amend [ECF 322] and its proposed pleadings [ECF 322-1, 2]. This Court Ordered the Trust to submit a response. ECF 335. The Trust submitted its letter in response on December 12, 2025, [ECF 341], outlining why it believes Barnabas's filings should not be unsealed at this time. Specifically, the Trust believes that Barnabas violated the Confidentiality Order [ECF 73] by using discovery material produced in this case in its complaint in the case styled *RWJ Barnabas Health, Inc. v. NJMHMC LLC et al.*, No. 2:25-cv-17594-EP-CF (D.N.J.) ("HRH Litigation"). Attached to the Trust's letter response [ECF 341] is an example of a document quoted by Barnabas in its

complaint in the HRH litigation [Exhibit A, ECF 341-1], as well as a prior letter the Trust sent to Barnabas raising concerns about its Confidentiality Order compliance [Exhibit B, ECF 341-2]. Because Barnabas's complaint in the HRH litigation is virtually identical to its proposed amended pleadings in this case [ECF 332-1], the Trust believes sealing of ECF 341-1 and 341-2 is necessary to prevent any furtherance of Barnabas's violation of the Confidentiality Order while the Trust seeks to determine the scope of that violation and what remedies it might seek.

Although there is a common law presumption of a public right of access to judicial proceedings and records, *In re Cendant Corp.*, 260 F.3d 183, 192 (3d Cir. 2001), "[t]he right of public access, however, is not absolute and the presumption of access may be rebutted." *Cuadra v. Univision Commc'ns, Inc.*, 2012 WL 1150833, at *11 (D.N.J. Apr. 4, 2012). Moreover, "[t]he Court has the power to seal confidential materials based on its inherent supervisory authority over its own records and files to deny public access to judicial records where those records might "become a vehicle for improper purposes." *Capital Health System, Inc. v. Veznedaroglu*, 2020 WL 13551440, at *2 (D.N.J. Nov. 16, 2020) (quoting *In re Cendant Corp.*, 260 F.3d 183, 194 (3d Cir. 2001)). Here, the Trust seeks to seal ECF 341-1 because Barnabas has used that document for an improper purpose: for the prosecution of claims in the HRH litigation. Additionally, the Trust seeks to seal ECF 341-2 because that document quotes directly from ECF 341-1. Because

Barnabas has used discovery material produced in this case for the prosecution of claims in the HRH litigation, in violation of the Confidentiality Order, the Court should exercise its inherent authority to seal ECF 341-1 and 341-2 for at least the time-being while the Trust seeks to learn more regarding the scope of such improper use and determines what remedies might reasonably be sought from the Court.

## CONCLUSION

For these reasons, the Trust respectfully request that the Court grant the Motion.

Dated: December 29, 2025　　　Respectfully submitted,

By: /s/*Robert M. Hirsh*
Robert M. Hirsh
New Jersey Bar No. 018901998
robert.hirsh@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3060
Facsimile: (212) 318-3400

Michael A. Swartzendruber*
Texas Bar No. 19557702
michael.swartzendruber@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone: (214) 855-8067
Facsimile: (214) 855-8200

Darryl W. Anderson*
Texas Bar No. 24008694
darryl.anderson@nortonrosefulbright.com
Kate Ergenbright*
Texas Bar No. 24097660
kate.ergenbright@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

*Attorneys for The CarePoint Litigation Trust*

*Admitted *pro hac vice*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on December 29, 2025, a true and correct copy of the foregoing was served electronically via the Court's ECF system on all counsel of record.

*/s/Robert M. Hirsh*
Robert M. Hirsh