UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE CAREPOINT LITIGATION TRUST, <br><br> Plaintiff, <br><br> v. <br><br> RWJ BARNABAS HEALTH, INC., <br><br> Defendant. | Hon. Evelyn Padin, U.S.D.J <br><br> Hon. Cari Fais, U.S.M.J. <br><br> Civil Action No. <br> 2:22-cv-05421-EP-CF |

## DECLARATION OF DARRYL W. ANDERSON

Darryl W. Anderson, hereby declares as follows:

1. I am an attorney at law in the State of Texas and a Partner with the law firm Norton Rose Fulbright US LLP. I represent The CarePoint Litigation Trust in this matter. I am familiar with the facts and circumstances set forth herein.

2. Pursuant to Local Civil Rule 5.3, I submit this Declaration in Support of The CarePoint Litigation Trust's Motion to Seal the following documents submitted with the Trust's Response [ECF 341] to RWJ Barnabas Health, Inc.'s letter [ECF 332] requesting the Court to unseal its Brief in Support of its Motion for Leave to Amend [ECF 322], proposed Amended Answer, Counterclaim, and Third-Party Complaint [ECF 322-1] and accompanying redline [ECF 322-2]:

- Exhibit A [ECF 341-1] – CP_0001208884, is a true and correct copy of a document produced by CarePoint, the Trust's predecessor-in-interest

in this litigation, which was designated as "Confidential – Attorney Eyes Only" under the Confidentiality Order [ECF 73], which was quoted by Barnabas in its Complaint in the HRH litigation. and includes confidential information regarding the prior owner's distributions and the hospitals' operations; and

- Exhibit B [ECF 341-2] – A true and correct copy of correspondence from counsel for the Trust to counsel for Barnabas regarding the use of discovery materials outside of the instant litigation which quotes directly from Exhibit A [ECF 341-1] – CP_0001208884;

3. The aforementioned documents contain confidential information, designated as "Confidential – Attorney Eyes Only" under the Confidentiality Order, and that was used for the prosecution of claims outside of this litigation, which is the basis for this Motion to Seal, and the injuries that would occur if the motion is not granted are set forth in the Index attached to this declaration as **Exhibit 1**.

4. A less restrictive alternative to sealing Exhibit A [ECF 341-1] is not available. With respect to Exhibit B [ECF 341-2], the Trust is filing a redacted version of that document so that all non-confidential information is publicly available. A redacted version of Exhibit B [ECF 341-2] is attached to this declaration as **Exhibit 2**

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *Darryl W. Anderson*
Darryl W. Anderson