# EXHIBIT 1

*The CarePoint Litigation Trust v. RWJ Barnabas Health, Inc.*, No. 2:22-cv-5421-EP-CF

**Index to Motion to Seal**

| Documents Requested to be Sealed | | | | | |
|---|---|---|---|---|---|
| Material | Basis for Sealing: The Legitimate Private or Public Interest Which Warrants the Relief Sought | Clearly Defined and Serious Injury that Would Result if the Relief is Not Granted | Why a Less Restrictive Alternative is Not Available | Prior Sealing | Party in Opposition to Sealing, if any, and Basis |
| Exhibit A to The Trust's Response to Barnabas's Letter Requesting Unsealing [ECF 341-1] | Enforcement of the Court's Confidentiality Order [ECF 73] and to prevent Barnabas from further benefiting from, or amplifying, its violation of that Order. Barnabas quoted from Exhibit A— material designated as "Confidential – | Maintaining Exhibit A under seal in this action is necessary to uphold the Court's Confidentiality Order [ECF 73], prevent collateral misuse of protected discovery, and deter end-runs around the Confidentiality | Redactions within Exhibit A [ECF 341-1] would not remedy the violation or protect the Confidentiality Order's operation because the issue is the exhibit's wholesale misuse and the risk of further | None | Barnabas objects to sealing because CarePoint fails to satisfy Local Rule 5.3. The exhibit, which concerns talking points for responding to press inquiries about the six-year SCI Investigation, does not contain competitively |

| | Attorney Eyes Only" under the Confidentiality Order—in its complaint against HRH, thereby contravening the Order's restrictions in paragraph 3. | Order through public filings. | public dissemination. | | sensitive, confidential commercial, or private information, and CarePoint identifies no "clearly defined and serious injury" that would result from its disclosure. |
|---|---|---|---|---|---|
| Exhibit B to The Trust's Response to Barnabas's Letter Requesting Unsealing [ECF 341-2] beginning after the word "that" in the first line of the third paragraph" to the sixth word in the fifth line of the third paragraph. | The redacted portions of Exhibit B [ECF 341-2] quote directly and disclose the contents of Exhibit A that Barnabas quoted in violation of the Confidentiality Order [ECF 73]. | Maintaining the redacted portions of Exhibit B under seal in this action is necessary to uphold the Court's Confidentiality Order [ECF 73], prevent collateral misuse of protected discovery, and deter end-runs | The Trust has proposed a lesser restrictive alternative by redacting only the portions of Exhibit B [ECF 341-2] that quote directly from Exhibit A [ECF 341-1]. The remainder of the document contains non-confidential | None | Barnabas objects to sealing because CarePoint fails to satisfy Local Rule 5.3. The exhibit, which concerns talking points for responding to press inquiries about the six-year SCI Investigation, does not contain |

| | | around the Confidentiality Order through public filings. | information that can be publicly disclosed | | competitively sensitive, confidential commercial, or private information, and CarePoint identifies no "clearly defined and serious injury" that would result from its disclosure. |
|---|---|---|---|---|---|