# EXHIBIT 2

# EXHIBIT B

**NORTON ROSE FULBRIGHT**

December 11, 2025

**Via Email**

Colin R. Kass
David A. Munkittrick
William T. Walsh
Erica T. Jones
Proskauer Rose LLP
11 Times Square
New York, NY 10026

Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas 75201-7932
United States of America

Direct line +1 214 855 8067
michael.swartzendruber@nortonrosefulbright.com

Tel +1 214 855 8000
Fax +1 214 855 8200

Re: *The CarePoint Litigation Trust v. RWJ Barnabas*, 22-cv-05421 (D.N.J.)
<u>Barnabas's Discovery Confidentiality Order Compliance</u>

Counsel:

We write regarding questions concerning RWJ Barnabas Health, Inc.'s ("Barnabas") compliance with the Discovery Confidentiality Order [ECF 73] ("Confidentiality Order") entered by the Court in this case with respect to the complaint Barnabas filed on November 14, 2025 in the litigation styled *RWJ Barnabas Health, Inc. v. NJMHMC LLC et al.*, No. 2:25-cv-17594-EP-CF (D.N.J.) (the "Separate Litigation").

As you know, Paragraph 3 of the Confidentiality Order states that "[a]ll material produced in this action ("Discovery Material") shall be used by the receiving party solely for purposes of the prosecution or defense of this action, shall not be used by the receiving party for any business, commercial, competitive, personal or other purpose, and shall not be disclosed by the receiving party to anyone other than those set forth below in Paragraphs 7 and 8…" ECF 73 at 2-3. After having reviewed Barnabas's complaint in the Separate Litigation, the CarePoint Litigation Trust ("Trust") has concerns regarding whether Barnabas has potentially violated the Confidentiality Order in this case. Below is a non-exhaustive list of specific examples that raise concerns for the Trust.

First, paragraph 61 of the complaint in the Separate Litigation states that " ██████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ " These quotes, as well as the quote in paragraph 62 of the complaint in the Separate Litigation are taken directly from a document produced by CarePoint, the Trust's predecessor, in this litigation. Similarly, paragraph 85, also appears to contain direct quotes from documents produced by CarePoint in this case.

The Trust thus has objective concerns that Barnabas used documents produced in this case, which are solely to be used to prosecute the claims and defenses in this case, as outlined in paragraph 3 of the Confidentiality Order, as a basis for many of its allegations in its complaint in

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, Norton Rose Fulbright South Africa Inc and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com/legal-notices.

Colin R. Kass
December 11, 2025
Page 2

NORTON ROSE FULBRIGHT

the Separate Litigation. Regardless of the confidentiality designation of a document, this is improper and violates the Confidentiality Order. Because of the Trust's concerns, please identify any and all independent bases Barnabas has, outside of the written discovery and CarePoint or Third Party produced documents in this case, for each direct quotation in the complaint in the Separate Litigation and for each allegation in the complaint of the Separate Litigation referencing CarePoint information.

We are available to meet and confer regarding the issues raised in this letter.

Sincerely,

*/s/ Michael A. Swartzendruber*
Michael A. Swartzendruber


cc:     Darryl Anderson
        Kate Ergenbright
        Rachel Cardwell
        Dewey Gonsoulin
        Joshua Bucheister