

Proskauer Rose LLP | 11 Times Square | New York, NY 10026

William T. Walsh, Jr.
212-969-3908
WWalsh@proskauer.com

January 5, 2026

***Via ECF and In Camera Submission***

Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

    Re:    *The CarePoint Litigation Trust v. Barnabas,* 22-cv-5421 (EP-CF) (D.N.J.)

Dear Judge Fais:

    Contemporaneously herewith the parties have a filed a joint letter (ECF 350), referred as the "Joint Mandler Letter," which relates to the use at deposition of the documents subject to this Court's prior Mandler Waiver Order (ECF 233).

    Barnabas's portion of the Joint Mandler Letter cites several exhibits, including documents subject to the Mandler Waiver Order and additional documents that CarePoint or its former outside counsel, Louis Modugno, produced to Barnabas. After the exchange of drafts of the Joint Mandler Letter, CarePoint attempted to "clawback" the CarePoint/Modugno documents, and demanded that all such documents (including the Mandler Waiver Documents) be submitted *in camera* instead of filed under seal.[1]

    Though Barnabas continues to believe that *in camera* review is reserved for *ex parte* communications (and here both parties have full access to the documents), Barnabas agreed to this procedure to avoid threatened sanctions. *See Securimetrics, Inc. v. Iridian Techs., Inc.*, 2006 WL 827889 (D.N.J. 2006) (addressing sealing – and unsealing – of purported privileged documents that were produced to a litigation adversary).

    Accordingly, attached hereto is a declaration setting forth the Mandler, CarePoint, and Modugno produced exhibits cited in Barnabas's portion of the Joint Mandler Letter, which are being transmitted separately to your chambers for *in camera* review.

    We thank the Court for its time and consideration and remain available for any questions the Court may have.

    Respectfully submitted,

    */s/ William T. Walsh, Jr.*

    *Counsel for RWJ Barnabas Health Inc.*

---

[1] Barnabas timely objected to CarePoint's clawback notice, the parties have met and conferred, and will be submitting a separate joint letter on that topic as soon as reasonably practicable.