William T. Walsh, Jr.
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3908
wwalsh@proskauer.com

*Attorney for RWJ Barnabas Health, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **THE CAREPOINT LITIGATION TRUST,** ) | Civil Action No. 22-cv-05421-EP-CF |
| ) | |
| Plaintiff, ) | Hon. Evelyn Padin, USDJ |
| ) | |
| v. ) | Hon. Cari Fais, USMJ |
| ) | |
| **RWJ BARNABAS HEALTH, INC.,** ) | |
| ) | |
| Defendant. ) | |

## DECLARATION OF WILLIAM T. WALSH, JR. IN SUPPORT OF BARNABAS'S POSITION REGARDING USE OF THE WAIVED MANDLER PRIVILEGE DOCUMENTS AT DEPOSITION

I, WILLIAM T. WALSH, JR., declare as follows:

1.    I represent RWJ Barnabas Health, Inc. ("Barnabas") in the above-captioned matter. I am an associate of the law firm Proskauer Rose LLP in New York, located at Eleven Times Square, New York, N.Y. 10036, and am an attorney in good standing of the Bar of the State of New Jersey and am admitted to practice before the United States District Court for the District of New Jersey. I make this declaration of my own personal knowledge except where otherwise stated, and if called as a witness, I could and would testify competently as set forth below.

2.    Consistent with the parties' agreement, this declaration, along with the exhibits

1

identified in the chart below, is submitted in support of Barnabas's position statement within the joint letter regarding the use at deposition of documents subject to this Court's Mandler Privilege Waiver Order (ECF 350). This joint letter is referred to below as the "Joint Mandler Letter."

3.    The exhibits attached hereto are true and correct copies of the exhibits described in the chart below and referred to in the Joint Mandler Letter:

| Exhibit No. | Description | Producing Party | Beginning Bates Number |
|---|---|---|---|
| 1. | March 26, 2014 PowerPoint<br><br>Also introduced as Exhibit 314 at the Sept. 29, 2025 30(b)(6) Deposition of Horizon. | Mandler | Mandler0305980 |
| 2. | April 21, 2014 PowerPoint<br><br>Also introduced as Exhibit 315 at the Sept. 29, 2025 30(b)(6) Deposition of Horizon. | Mandler | Mandler0306088 |
| 3. | May 20, 2014 PowerPoint<br><br>Also introduced as Exhibit 316 at the Sept. 29, 2025 30(b)(6) Deposition of Horizon. | Mandler | Mandler0306088 |
| 4. | September 6, 2019 Letter<br><br>Also introduced as Exhibit 328 at the October 1, 2025 30(b)(6) Deposition of MPT. | Mandler | Mandler0379351 |
| 5. | Excerpted Mandler Privilege Log. | Mandler | |
| 6. | February 26, 2012 Email Thread. | Modugno | CP_MODUGNO_00066181 |
| 7. | February 27, 2012 Email Thread. | Modugno | CP_MODUNGO_00066403 |
| 8. | February 27, 2012 Email Thread. | Modugno | CP_MODUNGO_00066081 |
| 9. | February 27, 2012 Email | Modugno | CP_MODUNGO_00066101 |

|      | Thread.                           |           |                        |
|------|-----------------------------------|-----------|------------------------|
| 10.  | June 4, 2012 Email.               | Modugno   | CP_MODUNGO_00143669    |
| 11.  | October 28, 2016 Email.           | Mandler   | Mandler0166370         |
| 12.  | December 15, 2016 Email Thread.   | Mandler   | Mandler0178203         |
| 13.  | December 14, 2016 Email Thread.   | Mandler   | Mandler0178176         |
| 14.  | February 1, 2018 Email Thread.    | Mandler   | Mandler0278569         |
| 15.  | July 2, 2019 Email Thread.        | Modugno   | CP_MODUNGO_00336190    |
| 16.  | June 14, 2019 Spreadsheet.        | Modugno   | CP_MODUNGO_00336192    |
| 17.  | March 7, 2019 Email Thread.       | CarePoint | CP_0005570697          |
| 18.  | September 9, 2021 Email Thread.   | Modugno   | CP_MODUGNO_00020117    |
| 19.  | April 18, 2019 Email Thread.      | Mandler   | Mandler0347948         |
| 20.  | October 4, 2019 Email Thread.     | CarePoint | CP_10086892            |
| 21.  | October 6, 2019 Email Thread.     | CarePoint | CP_10099853            |
| 22.  | December 29, 2016 Email Thread.   | Modugno   | CP_MODUGNO_00271521    |
| 23.  | March 19, 2024 Email Thread.      | CarePoint | CP_0006681523          |
| 24.  | March 19, 2024 Email Thread.      | CarePoint | CP_0006681528          |
| 25.  | March 11, 2014 Email Thread.      | CarePoint | CP_0006981211          |
| 26.  | November 1, 2014 Email.           | CarePoint | CP_0007210316          |
| 27.  | April 12, 2018 Email Thread.      | CarePoint | CP_0008327350          |
| 28.  | October 6, 2019 Email Thread.     | CarePoint | CP_11135925            |
| 29.  | April 27, 2022 Email Thread.      | CarePoint | CP_11260586            |
| 30.  | December 22, 2016 Email Thread.   | CarePoint | CP_0007166957          |

3

| 31. | December 22, 2016 Email Thread. | Mandler | Mandler0180127 |
|---|---|---|---|
| 32. | December 22, 2016 Email Thread. | Mandler | Mandler0180137 |
| 33. | December 22, 2016 Email Thread. | Mandler | Mandler0180238 |
| 34. | December 22, 2016 Email Thread. | Mandler | Mandler0180310 |
| 35. | December 22, 2016 Email Thread. | Mandler | Mandler0180324 |
| 36. | December 27, 2016 Email Thread. | Mandler | Mandler0180905 |
| 37. | December 27, 2016 Email Thread. | Mandler | Mandler0180937 |
| 38. | December 27, 2016 Email Thread. | Mandler | Mandler0181038 |
| 39. | December 27, 2016 Email Thread. | Mandler | Mandler0181051 |
| 40. | December 27, 2016 Email Thread. | Mandler | Mandler0181053 |
| 41. | January 31, 2017 Email Thread. | Mandler | Mandler0188674 |
| 42. | March 20, 2019 Email Thread. | Mandler | Mandler0340769 |
| 43. | June 4, 2012 Email Thread. | Modugno | CP_MODUGNO_00142872 |
| 44. | March 27, 2015 Email. | Mandler | Mandler0000932 |
| 45. | March 2015 Letter. | Mandler | Mandler0000933 |
| 46. | June 1, 2015 Email Thread. | Mandler | Mandler0021965 |
| 47. | October 11, 2019 Email Thread. | Modugno | CP_MODUGNO_00234180 |
| 48. | October 11, 2020 Email Thread. | Modugno | CP_MODUGNO_00226998 |
| 49. | October 20, 2020 Email. | Modugno | CP_MODUGNO_00226994 |

4

| 50. | September 24, 2019 Email Thread. | Mandler | Mandler0382673 |
|-----|----------------------------------|---------|----------------|
| 51. | August 29, 2019 Email Thread. | Mandler | Mandler0377936 |
| 52. | November 17, 2020 Email. | CarePoint | CP_0006484776 |
| 53. | New Jersey Medical and Health Associates, LLC d/b/a CarePoint Health Medical Group's First Set of Interrogatories to Defendant Gary P. Cardiello, M.D. dated December 30, 2020. | CarePoint | CP_0006478495 |
| 54. | December 9, 2020 Email Thread. | CarePoint | CP_0006478473 |
| 55. | New Jersey Medical and Health Associates, LLC d/b/a CarePoint Health Medical Group's Request for Production of Documents to Defendant Gary P. Cardiello, M.D. dated December 30, 2020. | CarePoint | CP_0006478478 |
| 56. | New Jersey Medical and Health Associates, LLC d/b/a CarePoint Health Medical Group's Request for Admission to Defendant Gary P. Cardiello, M.D. dated December 30, 2020. | CarePoint | CP_0006485130 |
| 57. | February13, 2019 Email. | Mandler | Mandler0334656 |
| 58. | April 23, 2019 Email. | Mandler | Mandler0348779 |
| 59. | April 23, 2019 Email Thread. | Mandler | Mandler0348821 |
| 60. | December 7, 2017 Email. | Mandler | Mandler0268901 |
| 61. | December 14, 2017 Email Thread. | Mandler | Mandler0270318 |

I declare under penalty of perjury that the foregoing is true and correct.

5

Dated: January 5, 2026

Respectfully submitted,

*/s/ William T. Walsh, Jr.*
William T. Walsh, Jr.
PROSKAUER ROSE LLP
Eleven Times Square New
York, NY 10036
(212) 969-3000
wwalsh@proskauer.com

*Attorney for Defendant*
*RWJ Barnabas Health, Inc.*