Proskauer Rose LLP | 11 Times Square | New York, NY 10026

William T. Walsh
212-969-3908
WWalsh@proskauer.com

January 13, 2026

*Via ECF*

Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

      Re:    *The CarePoint Litigation Trust v. Barnabas,* 22-cv-05421-EP-CF
           *January 15, 2026 Status Conference Proposed Agenda*

Dear Judge Fais:

      In advance of the January 15, 2026 Status Conference, Barnabas respectfully submits this letter to propose an agenda for the Court's consideration.  Barnabas will be prepared to address the items identified below, as well as any other matters the Court would find helpful.  For the Court's convenience, Barnabas identifies three categories of agenda items: (1) motions or joint letters that are ripe for decision before Your Honor; (2) motions or joint letters that are ripe for decision before Judge Padin; and (3) anticipated motions or joint letters that are currently being prepared by the parties.  Barnabas is available to proceed in whatever manner the Court prefers, and will be prepared to address any other matters the Court deems appropriate.

**I.**    **Motions or Letters Before Magistrate Judge Fais**

1. Barnabas's Motion to Consolidate Related Cases (ECF 324, 327, 343, 348; *see also HRH* ECF 3, 14, 15).

2. Barnabas's Request to Unseal ECF 322, and CarePoint's Motion to Seal ECF 341-1 and 341-2 (ECF 332, 341, 342, 349-1, 349-2).

3. Joint Letter Regarding the Mandler Privilege Waiver and the Trust's Motion for Protective Order (ECF 350, 351).

**II.**    **Motions or Letters Before Judge Padin**

4. Barnabas's Motion for Summary Judgment (ECF 247, 261, 276, 282, 284, 298).

5. Barnabas's Motion for Leave to Amend its Answer, Affirmative Defenses, and Counterclaim (ECF 321, 322, 344, 347).

6. SCI's Appeal of the Denial of its Motion for a Protective Order (ECF 281, 299, 301).

**Proskauer**

Page 2

       7.    CarePoint's Appeal of Magistrate Judge's June 3, 2025 Privilege Waiver Order (ECF 302, 314, 316).

### III. Anticipated Motions or Letter

       8.    Joint Letter Regarding Barnabas's Challenge to CarePoint's Claw Back Request of the 33 CarePoint/Modugno Documents Submitted for *In Camera* Review.

       9.    Joint Letter Regarding Barnabas's Request to Compel Production of Documents Subject to CarePoint's Subject Matter Waiver.

      10.    Barnabas's Motion for Entry/Modification of Parallel Confidentiality Orders in the *HRH* and *CarePoint* Actions.

A draft of this letter was sent to counsel for CarePoint on January 12, 2025. CarePoint responded that it will address at the status conference any issues the Court wishes in the order preferred by the Court.

          Respectfully submitted,

          */s/ William T. Walsh, Jr.*

          *Counsel for RWJ Barnabas Health Inc.*