Proskauer Rose LLP | 11 Times Square | New York, NY 10026

William T. Walsh, Jr.
212-969-3908
WWalsh@proskauer.com

January 30, 2026

**_Via ECF_**

Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

                Re:    *CarePoint v. Barnabas,* 22-cv-05421 (D.N.J.)

Dear Judge Fais:

    Barnabas respectfully renews its request that the Court unseal Barnabas's Motion to Amend (ECF 322) and its Proposed Amended Pleading (ECF 322-1).

    At the January 15, 2026 status conference, the Court held that CarePoint had "seven days from [that date] to file a motion to seal [Barnabas's Motion to Amend and Proposed Amended Pleading] that complies with the requirements of Local Rule 5.3(c)."  Jan. 15, 2026 Hrg. Tr. at 5 (ECF 361).  CarePoint has not filed such a motion by the January 22nd deadline set by the Court.

    Accordingly, Barnabas respectfully requests that the Court unseal Barnabas's Motion to Amend and its Proposed Amended Pleading.

                                                              Respectfully submitted,

                                                             */s/ William T. Walsh, Jr.*

                                                             *Counsel for RWJ Barnabas Health Inc.*