UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE CAREPOINT LITIGATION TRUST, | Hon. Evelyn Padin, U.S.D.J |
| Plaintiff, | Hon. Cari Fais, U.S.M.J. |
| v. | Civil Action No. 2:22-cv-05421-EP-CF |
| RWJ BARNABAS HEALTH, INC., | |
| Defendant. | Motion Date: March 2, 2026 |

### NOTICE OF MOTION TO SEAL

**PLEASE TAKE NOTICE** that The CarePoint Litigation Trust (the "Trust"), by and through its undersigned counsel will move before the Honorable Cari Fais, U.S.M.J pursuant to L. Civ. R. 5.3(c) for an Order sealing ECF No. 359. ECF 359 is a duplicate copy of the joint letter the parties submitted to the Court, which is found on the docket at ECF 350. The Trust previously moved to seal ECF 350 (that motion is on the docket at ECF 357), and submitted a proposed redacted version to be publicly filed. RWJ Barnabas ("Barnabas") opposed the Trust's initial sealing motion. As part of that opposition, Barnabas filed ECF 359, which duplicates the joint letter, and highlights, but does not redact, narrower proposed redactions that Barnabas submitted. Because ECF 359 fully discloses and duplicates all of the information contained within ECF 350, The Trust is left with no choice but to seek

to seal ECF 359 to ensure the continued protection and preservation of the confidentiality of its privileged information. This motion is based on the papers on file in this action and for the reasons set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L. Civ. R. 78.1, the Motion date for this Motion is March 2, 2026.

Dated: February 3, 2026

Respectfully submitted,

By: /s/*Robert M. Hirsh*
Robert M. Hirsh
New Jersey Bar No. 018901998
robert.hirsh@nortonrosefulbright.com
Dewey J. Gonsoulin III*
Texas Bar No. 24131337
New York Bar No. 6168660
dewey.gonsoulin@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3060
Facsimile: (212) 318-3400

Michael A. Swartzendruber*
Texas Bar No. 19557702
michael.swartzendruber@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone: (214) 855-8067
Facsimile: (214) 855-8200

Darryl W. Anderson*
Texas Bar No. 24008694
darryl.anderson@nortonrosefulbright.com
Joshua H. Bucheister
Texas Bar No. 24145029
joshua.bucheister@nortonrosefulbright.com
Kate Ergenbright*
Texas Bar No. 24097660
kate.ergenbright@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

*Attorneys for The CarePoint Litigation Trust*

*Admitted pro hac vice

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 3, 2026, a true and correct copy of the foregoing was served electronically via the Court's ECF system on all counsel of record.

/s/*Robert M. Hirsh*
Robert M. Hirsh