<u>NOT FOR PUBLICATION</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| THE CAREPOINT LITIGATION TRUST, Plaintiff, v. RWJ BARNABAS HEALTH, INC., Defendant. | No. 22cv5421 (EP) (CF)[1] <br><br> **ORDER** |

Pending before the Court are several motions, including Defendant RWJ Barnabas Health, Inc.'s ("Barnabas") motion for summary judgment[2] and the New Jersey State Commission of Investigation's ("SCI") appeal[3] from following: (1) an order[4] from Judge Waldor that both denied the SCI's motion[5] for a protective order challenging the enforceability of a subpoena from Barnabas and granted Barnabas's cross-motion[6] to compel; and then (2) a subsequent order[7] from Judge Waldor denying the SCI's motion[8] for her to reconsider the Subpoena Order.

---

[1] The Honorable Cari Fais, U.S.M.J. was assigned to this case on September 11, 2025, following the retirement of the Honorable Cathy L. Waldor, U.S.M.J.  *See* Dkt.

[2] D.E. 247 ("Summary Judgment Motion"). The CarePoint Litigation Trust (the "Trust") (which, as explained in the accompanying Opinion, has taken over prosecuting this action), opposes the Summary Judgment Motion. D.E. 261. Barnabas replies. D.E. 276. The Trust then filed a motion for leave to file a sur-reply in opposition to the Summary Judgment Motion, D.E. 282 ("Sur-Reply Motion"), which Barnabas opposes, D.E. 284.

[3] D.E. 281 ("Appeal").

[4] D.E. 111 ("Subpoena Order").

[5] D.E. 99-2.

[6] D.E. 105.

[7] D.E. 137 ("Reconsideration Order").

[8] D.E. 123.

The Court now decides both the Appeal and Summary Judgment Motion without oral argument.  *See* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b).  Having considered the Summary Judgment Motion and Appeal, the parties' submissions, and all relevant items on the docket,

**IT IS**, on this 5th day of February 2026, for the reasons set forth in the accompanying Opinion,

**ORDERED** that the SCI's Appeal, D.E. 281, is **DENIED**;[9] and it is further

**ORDERED** that Judge Waldor's Reconsideration Order, D.E. 137, is **AFFIRMED**; and it is further

**ORDERED** that Barnabas's Summary Judgment Motion, D.E. 247, is **ADMINISTRATIVELY TERMINATED**; and it is finally

**ORDERED** that the Trust's Sur-Reply Motion, D.E. 282, is **DENIED** as **MOOT**.

_Evelyn Padin_

Evelyn Padin, U.S.D.J.

---

[9] The SCI shall produce all documents responsive to Barnabas's subpoena, D.E. 99, Ex. C, within 21 days of this Order.