# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

**I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**Rachel Lee  Cardwell**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 18th day of September, 2020.

I further certify that the records of this office show that, as of this date

**Rachel Lee  Cardwell**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 4th day of February, 2026.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 0864C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.