**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLP**
(A Limited Lability Partnership Formed in Pennsylvania)
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
(856) 488-7700
*Special Counsel for New Jersey State Commission of Investigation*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| CAREPOINT HEALTH SYSTEMS, INC., et al., | Civil Action No. 2:22-cv-05421-EP-CLW |
| Plaintiffs, | Hon. Evelyn Padin, U.S.D.J. |
| v. | Hon. Cathy L. Waldor, U.S.M.J. |
| RWJ BARNABAS HEALTH, INC. | |
| Defendant. | |

### NOTICE OF APPEAL

Notice is hereby given that Non-Party the New Jersey State Commission of Investigation ("SCI") hereby appeals to the United States Court of Appeals for the Third Circuit from the Order of this Court entered on February 5, 2026 (1) denying SCI's appeal from an order denying SCI's motion for a protective order and denying SCI's motion for reconsideration and (2) ordering SCI to produce all documents responsive to RWJ Barnabas Health, Inc.'s subpoena within 21 days. *See* D.E. 366.

Dated:  February 20, 2026

**MONTGOMERY, McCRACKEN, WALKER & RHOADS, LLC**

By: */s/ Carson Morris*
    Carson B. Morris
    Alexandra S. Jacobs
    Paul H. Zoubek
    pzoubek@mmwr.com
    ajacobs@mmwr.com
    cmorris@mmwr.com

*Special Counsel to Non-Party the New Jersey State Commission of Investigation*