*Via ECF*
Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

   Re: *The CarePoint Litigation Trust v. Barnabas,* Case No. 22-cv-05421 (D.N.J.)

Dear Judge Fais:

  The CarePoint Litigation Trust and RWJ Barnabas Health, Inc. respectfully submit the attached joint proposed Order addressing the impending expiration of the fact discovery deadline on March 13, 2026.

  The proposed Order would hold the existing deadlines in the Third Amended Pretrial Scheduling Order (ECF 297) in abeyance pending the earlier of (i) a ruling on the CarePoint Litigation Trust's appeal of the Court's June 3, 2025 Privilege Waiver Order (ECF 302, 314, 316), Barnabas's Motion to Amend its Answer and Affirmative Defenses and for Leave to File its Counterclaim and Third-Party Complaint (ECF 322, 323, 344, 347), and Barnabas's Motion to Consolidate Related Cases (ECF 324-1, 343, 348), *or* (ii) 90 days from entry of the Order. Within seven days of either event, the parties would meet and confer and submit a proposed revised schedule, or competing proposals if necessary.

  The parties respectfully submit that this temporary adjustment is consistent with the Court's prior comments regarding the need to amend the current schedule and will avoid unnecessary disputes over the appropriate scope and duration of the remaining deadlines before the pending motions are resolved.

  If the Court is amenable to this proposal, the parties respectfully request that the proposed Order be endorsed and entered on the docket.

Respectfully submitted,

*/s/ Robert M. Hirsh*         */s/ William T. Walsh, Jr.*

*Counsel for the CarePoint Litigation Trust*   *Counsel for RWJ Barnabas Health Inc.*