**Proskauer**»  Proskauer Rose LLP | 11 Times Square | New York, NY 10026

William T. Walsh, Jr.
212-969-3908
WWalsh@proskauer.com

March 27, 2026

**_Via ECF and In Camera Submission_**

Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

      Re:     _The CarePoint Litigation Trust v. Barnabas,_ 22-cv-5421 (EP-CF) (D.N.J.)

Dear Judge Fais:

Contemporaneously herewith the parties have a filed a joint letter (ECF 381), referred as the "Joint Letter regarding CarePoint's First Claw Back Request," which relates to CarePoint's request to claw back documents cited in the Joint Mandler Waiver Letter (ECF 350).

Barnabas's portion of the Joint Letter regarding CarePoint's First Claw Back Request cites several exhibits, including documents subject to the Mandler Waiver Order and additional documents that CarePoint or its former outside counsel, Louis Modugno, produced to Barnabas.

After the exchange of drafts of the Joint Letter regarding CarePoint's First Claw Back Request, CarePoint made a "clawback" request with respect to the documents cited in the Joint Letter regarding CarePoint's First Claw Back Request, and demanded that all such documents (including the Mandler Waiver Documents) be submitted _in camera_ instead of filed under seal.[1]

Though Barnabas continues to believe that _in camera_ review is reserved for _ex parte_ communications (and here both parties have full access to the documents), Barnabas agreed to this procedure to avoid threatened sanctions. _See Securimetrics, Inc. v. Iridian Techs., Inc._, 2006 WL 827889 (D.N.J. 2006) (addressing sealing – and unsealing – of purported privileged documents that were produced to a litigation adversary).

Accordingly, attached hereto is a declaration setting forth the Mandler, CarePoint, and Modugno produced exhibits cited in Barnabas's portion of the Joint Letter regarding CarePoint's First Claw Back Request, which are being transmitted separately to your chambers for _in camera_ review. For the court's convenience, that transmission includes a complete set of all sealed exhibits filed in connection with the Joint Letter regarding CarePoint's First Claw Back Request.

We thank the Court for its time and consideration and remain available for any questions the Court may have.

           Respectfully submitted,

           _/s/ William T. Walsh_

           _Counsel for RWJ Barnabas Health Inc._

---

[1] Barnabas timely objected to CarePoint's second claw back notice, and will be submitting a separate joint letter on that topic as soon as reasonably practicable.