William T. Walsh, Jr.
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3908
wwalsh@proskauer.com

*Attorney for RWJ Barnabas Health, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| **THE CAREPOINT LITIGATION TRUST,** | ) )  ) ) | Civil Action No. 22-cv-05421-EP-CF |
| Plaintiff, | ) ) | Hon. Evelyn Padin, USDJ |
| v. | ) ) | Hon. Cari Fais, USMJ |
| **RWJ BARNABAS HEALTH, INC.,** | ) ) ) | |
| Defendant. | ) ) | |

**DECLARATION OF WILLIAM T. WALSH, JR. IN SUPPORT OF**
**BARNABAS'S POSITION IN**
**THE JOINT LETTER REGARDING CAREPOINT'S FIRST CLAW BACK REQUEST**

I, WILLIAM T. WALSH, JR., declare as follows:

1.    I represent RWJ Barnabas Health, Inc. ("Barnabas") in the above-captioned matter.  I am an associate of the law firm Proskauer Rose LLP in New York,  located  at  Eleven Times Square, New York, N.Y. 10036, and am an attorney in good standing of the Bar of the State of New Jersey and am admitted to practice before the United States District Court for the District of New Jersey.  I make this declaration of my own personal knowledge except where otherwise stated, and if called as a witness, I could and would testify competently as set forth below.

2.    Consistent  with  the  parties'  agreement,  this  declaration,  along  with  the  exhibits

1

identified in the chart below, is submitted in support of Barnabas's position statement within the Joint Letter regarding CarePoint's First Claw Back Request (ECF 381).

     3.     The documents attached hereto are true and correct copies of the documents described in the chart below and referred to in the Joint Letter regarding CarePoint's First Claw Back Request. The grey-shaded rows reflect documents subject to CarePoint's claw back request, and the white-shaded rows reflect documents that are identical or near identical documents to those in the grey-shaded rows:

| No. | Description | Producing Party | Beginning Bates Number |
|---|---|---|---|
| 1 | March 7, 2019 Email Thread. | CarePoint | CP_0005570697 |
| | March 7, 2019 Email Thread. | CarePoint | CP_0006560880 |
| | March 7, 2019 Email Thread. | CarePoint | CP_0006593074 |
| | March 7, 2019 Email Thread. | CarePoint | CP_0006619922 |
| | March 7, 2019 Email Thread. | CarePoint | CP_0008315702 |
| | March 7, 2019 Email Thread. | CarePoint | CP_0008330360 |
| | March 7, 2019 Email Thread. | Lawler | Lawler_02749 |
| | March 7, 2019 Email Thread. | Lawler | Lawler_07208 |
| | March 7, 2019 Email Thread. | Mandler | Mandler0338365 |
| 2 | March 7, 2019 Excel Spreadsheet. | CarePoint | CP_0005570701 |

2

| No. | Description | Producing Party | Beginning Bates Number |
|---|---|---|---|
| | March 7, 2019 Excel Spreadsheet. | CarePoint | CP_0006593078 |
| | March 7, 2019 Excel Spreadsheet. | CarePoint | CP_0006619926 |
| | March 7, 2019 Excel Spreadsheet. | CarePoint | CP_0008315706 |
| | March 7, 2019 Excel Spreadsheet. | CarePoint | CP_0006560884 |
| | March 7, 2019 Excel Spreadsheet. | CarePoint | CP_0008330364 |
| | March 7, 2019 Excel Spreadsheet. | Lawler | Lawler_02753 |
| | March 7, 2019 Excel Spreadsheet. | Lawler | Lawler_07209 |
| | March 7, 2019 Excel Spreadsheet. | Mandler | Mandler0338369 |
| 3 | December 30, 2020 Email Thread. | CarePoint | CP_0006478473 |
| | December 30, 2020 Email Thread. | CarePoint | CP_0006478517 |
| | December 30, 2020 Email Thread. | CarePoint | CP_0006478561 |
| | December 30, 2020 Email Thread. | CarePoint | CP_0006478568 |
| | December 30, 2020 Email Thread. | CarePoint | CP_10632618 |
| | December 30, 2020 Email Thread. | CarePoint | CP_10632624 |
| | December 30, 2020 Email Thread. | CarePoint | CP_11295057 |

| No. | Description | Producing Party | Beginning Bates Number |
|---|---|---|---|
| | December 30, 2020 Email Thread. | CarePoint | CP_11296470 |
| 4 | Plaintiff's First Request for Production of Documents to Defendant (*New Jersey Medical and Health Associates, LLC v. Gary P. Cardiello, M.D.*, HUC-C-158-20, Sup. Ct. NJ, Hud. Cnty). | CarePoint | CP_0006478478 |
| | Plaintiff's First Request for Production of Documents to Defendant (*New Jersey Medical and Health Associates, LLC v. Gary P. Cardiello, M.D.*, HUC-C-158-20, Sup. Ct. NJ, Hud. Cnty). | CarePoint | CP_0006478522 |
| 5 | Plaintiff's First Set of Interrogatories to Defendant (*New Jersey Medical and Health Associates, LLC v. Gary P. Cardiello, M.D.*, HUC-C-158-20, Sup. Ct. NJ, Hud. Cnty). | CarePoint | CP_0006478495 |
| | Plaintiff's First Set of Interrogatories to Defendant (*New Jersey Medical and Health Associates, LLC v. Gary P. Cardiello, M.D.*, HUC-C-158-20, Sup. Ct. NJ, Hud. Cnty). | CarePoint | CP_0006578539 |
| 6 | November 17, 2020 Email Thread. | CarePoint | CP_0006484776 |
| | November 17, 2020 Email Thread. | CarePoint | CP_0006484935 |
| | November 17, 2020 Email | CarePoint | CP_0006485003 |

4

| No. | Description | Producing Party | Beginning Bates Number |
|---|---|---|---|
| | Thread. | | |
| | November 17, 2020 Email Thread. | CarePoint | CP_10673978 |
| | November 17, 2020 Email Thread. | CarePoint | CP_11374203 |
| | November 17, 2020 Email Thread. | CarePoint | CP_11549545 |
| | November 17, 2020 Email Thread. | CarePoint | CP_11550239 |
| 7 | Plaintiff's Requests for Admission to Defendant (*New Jersey Medical and Health Associates, LLC v. Gary P. Cardiello, M.D.*, HUC-C-158-20, Sup. Ct. NJ, Hud. Cnty). | CarePoint | CP_0006485130 |
| | Plaintiff's Requests for Admission to Defendant (*New Jersey Medical and Health Associates, LLC v. Gary P. Cardiello, M.D.*, HUC-C-158-20, Sup. Ct. NJ, Hud. Cnty). | CarePoint | CP_11549672 |
| 8 | March 19, 2014 Email Thread. | CarePoint | CP_0006681523 |
| 9 | March 19, 2014 Email Thread. | CarePoint | CP_0006681528 |
| | March 19, 2014 Email Thread. | CarePoint | CP_0006681498 |
| | March 19, 2014 Email Thread. | CarePoint | CP_000668112 |
| 10 | March 11, 2014 Email Thread. | CarePoint | CP_0006981211 |

5

| No. | Description | Producing Party | Beginning Bates Number |
|---|---|---|---|
| 11 | December 22, 2016 Email Thread. | CarePoint | CP_0007166957 |
| | December 22, 2016 Email Thread. | CarePoint | CP_0007166969 |
| | December 22, 2016 Email Thread. | Garipalli | GARIPALLI-RWJB-0005688 |
| | December 22, 2016 Email Thread. | Mandler | Mandler0180137 |
| | December 22, 2016 Email Thread. | Mandler | Mandler0180238 |
| | December 22, 2016 Email Thread. | Mandler | Mandler0180297 |
| | December 22, 2016 Email Thread. | Mandler | Mandler0180310 |
| | December 22, 2016 Email Thread. | Mandler | Mandler0180324 |
| | December 22, 2016 Email Thread. | Mandler | Mandler0180370 |
| | December 22, 2016 Email Thread. | Mandler | Mandler0180495 |
| | December 22, 2016 Email Thread. | Mandler | Mandler0180879 |
| | December 22, 2016 Email Thread. | Mandler | Mandler0180905 |
| | December 22, 2016 Email Thread. | Mandler | Mandler0180937 |
| | December 22, 2016 Email Thread. | Mandler | Mandler0181038 |
| | December 22, 2016 Email Thread. | Mandler | Mandler0181053 |

| No. | Description | Producing Party | Beginning Bates Number |
|---|---|---|---|
| | December 22, 2016 Email Thread. | Mandler | Mandler0181071 |
| 12 | November 1, 2014 Email Thread. | CarePoint | CP_0007210316 |
| | November 1, 2014 Email Thread. | CarePoint | CP_0007209973 |
| | November 1, 2014 Email Thread. | CarePoint | CP_0007210306 |
| | November 1, 2014 Email Thread. | CarePoint | CP_0007210307 |
| | November 1, 2014 Email Thread. | CarePoint | CP_0007210308 |
| | November 1, 2014 Email Thread. | CarePoint | CP_0007210310 |
| | November 1, 2014 Email Thread. | CarePoint | CP_0007210312 |
| | November 1, 2014 Email Thread. | CarePoint | CP_0007210314 |
| 13 | November 1, 2014 Memorandum of Legal Analysis. | CarePoint | CP_0007210317 |
| | November 1, 2014 Memorandum of Legal Analysis. | CarePoint | CP_0007209974 |
| 14 | April 12, 2018 Email Thread. | CarePoint | CP_0008327350 |
| | April 12, 2018 Email Thread. | CarePoint | CP_0006591954 |
| | April 12, 2018 Email Thread. | Mandler | Mandler0291334 |
| | April 12, 2018 Email | CarePoint | CP_0006591986 |

| No. | Description | Producing Party | Beginning Bates Number |
|---|---|---|---|
|  | Thread. |  |  |
|  | April 12, 2018 Email Thread. | CarePoint | CP_0008326772 |
|  | April 12, 2018 Email Thread. | Mandler | Mandler0293530 |
| 15 | October 4, 2019 Email Thread. | CarePoint | CP_10086892 |
|  | October 4, 2019 Email Thread. | Mandler | Mandler0384666 |
| 16 | October 6, 2019 Email Thread. | CarePoint | CP_10099853 |
|  | October 6, 2019 Email Thread. | Garipalli | GARIPALLI-RWJB-0004094 |
|  | October 6, 2019 Email Thread. | Mandler | Mandler0384877 |
|  | October 6, 2019 Email Thread. | CarePoint | CP_11134322 |
|  | October 6, 2019 Email Thread. | Garipalli | GARIPALLI-RWJB-0007033 |
|  | October 6, 2019 Email Thread. | Mandler | Mandler0385001 |
| 17 | October 6, 2019 Email Thread. | CarePoint | CP_11135925 |
|  | October 6, 2019 Email Thread. | CarePoint | CP_11134322 |
|  | October 6, 2019 Email Thread. | Garipalli | GARIPALLI-RWJB-0007033 |
|  | October 6, 2019 Email Thread. | Mandler | Mandler0385001 |
| 18 | April 27, 2022 Email Thread. | CarePoint | CP_11260586 |

8

| No. | Description | Producing Party | Beginning Bates Number |
|---|---|---|---|
| | April 27, 2022 Email Thread. | CarePoint | CP_0006598110 |
| | April 27, 2022 Email Thread. | CarePoint | CP_0008328934 |
| | April 27, 2022 Email Thread. | CarePoint | CP_10707256 |
| 19 | September 9, 2021 Email Thread. | Modugno | CP_Modugno_00020117 |
| 20 | February 27, 2012 Email Thread. | Modugno | CP_Modugno_00066081 |
| | February 27, 2012 Email Thread. | Modugno | CP_Modugno_00066174 |
| 21 | February 27, 2012 Email Thread. | Modugno | CP_Modugno_00066101 |
| 22 | February 26, 2012 Email Thread. | Modugno | CP_Modugno_00066181 |
| 23 | February 27, 2012 Email Thread. | Modugno | CP_Modugno_00066403 |
| 24 | June 4, 2012 Email Thread. | Modugno | CP_Modugno_00142872 |
| 25 | June 4, 2012 Email Thread. | Modugno | CP_Modugno_00143669 |
| 26 | April 17, 2012 Image | Modugno | CP_Modugno_00143672 |
| 27 | October 20, 2020 Email Thread. | Modugno | CP_Modugno_00226994 |
| 28 | October 11, 2020 Email Thread. | Modugno | CP_Modugno_00226998 |
| | October 11, 2020 Email Thread. | Modugno | CP_Modugno_00178695 |
| | October 11, 2020 Email Thread. | Modugno | CP_Modugno_00212398 |

| No. | Description | Producing Party | Beginning Bates Number |
|---|---|---|---|
| | October 11, 2020 Email Thread. | Modugno | CP_Modugno_00213637 |
| 29 | October 11, 2019 Email Thread. | Modugno | CP_Modugno_00234180 |
| | October 11, 2019 Email Thread. | Modugno | CP_Modugno_00234065 |
| | October 11, 2019 Email Thread. | Modugno | CP_Modugno_00234071 |
| | October 11, 2019 Email Thread. | Modugno | CP_Modugno_00234077 |
| | October 11, 2019 Email Thread. | Modugno | CP_Modugno_00234083 |
| | October 11, 2019 Email Thread. | Modugno | CP_Modugno_00234088 |
| | October 11, 2019 Email Thread. | Modugno | CP_Modugno_00234167 |
| | October 11, 2019 Email Thread. | Mandler | Mandler0385439 |
| | October 11, 2019 Email Thread. | Mandler | Mandler0385453 |
| | October 11, 2019 Email Thread. | Mandler | Mandler0385457 |
| | October 11, 2019 Email Thread. | Mandler | Mandler0385462 |
| | October 11, 2019 Email Thread. | Mandler | Mandler0385467 |
| | October 11, 2019 Email Thread. | Mandler | Mandler0385482 |
| | October 11, 2019 Email Thread. | Mandler | Mandler0385486 |

10

| No. | Description | Producing Party | Beginning Bates Number |
|---|---|---|---|
| 30 | October 10, 2019 Draft Term Sheet. | Modugno | CP_Modugno_00234184 |
| 31 | December 29, 2016 Email Thread. | Modugno | CP_Modugno_00271521 |
| 32 | July 2, 2019 Email Thread. | Modugno | CP_Modugno_00336190 |
| 33 | June 19, 2019 Excel Spreadsheet. | Modugno | CP_Modugno_00336192 |
| | March 29, 2019 Excel Spreadsheet. | CarePoint | CP_0006582409 |
| | March 29, 2019 Excel Spreadsheet. | CarePoint | CP_0006584851 |
| | March 29, 2019 Excel Spreadsheet. | CarePoint | CP_10492605 |
| | March 29, 2019 Excel Spreadsheet. | CarePoint | CP_10551027 |
| | March 29, 2019 Excel Spreadsheet. | CarePoint | CP_10854842 |
| | March 29, 2019 Excel Spreadsheet. | CarePoint | CP_10855050 |
| | March 29, 2019 Excel Spreadsheet. | Mandler | Mandler0361512 |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 27, 2026

Respectfully submitted,

*/s/ William T. Walsh*
William T. Walsh, Jr.
PROSKAUER ROSE LLP
Eleven Times Square New
York, NY 10036
(212) 969-3000
wwalsh@proskauer.com

*Attorney for Defendant RWJ*
*Barnabas Health, Inc.*

12