*Via ECF*
Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

      Re:    *The CarePoint Litigation Trust v. Barnabas,* Case No. 22-cv-05421 (D.N.J.)
               *April 8, 2026 Status Conference*

Dear Judge Fais:

      We write with respect to the status conference now scheduled for April 8, 2026 [ECF 356]. Given that there are relatively few issues that currently require discussion before Your Honor, as well as recent problems with air travel nationally, the Trust and Barnabas propose that the Court consider adjourning the April 8, 2026 status conference for one month.  If the Court decides to hold the status conference as scheduled on April 8, the Trust respectfully proposes converting it into a Zoom conference.

Respectfully submitted,

*/s/ Robert M. Hirsh*                                    */s/ William T. Walsh*

*Counsel for the CarePoint Litigation Trust*        *Counsel for RWJ Barnabas Health Inc.*