## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE CAREPOINT LITIGATION TRUST, | Hon. Evelyn Padin, U.S.D.J |
| Plaintiff, | Hon. Cari Fais, U.S.M.J. |
| v. | Civil Action No. 2:22-cv-05421-EP-CF |
| RWJ BARNABAS HEALTH, INC., | |
| Defendant. | **Motion Date: May 4, 2026** |

## NOTICE OF MOTION TO SEAL

**PLEASE TAKE NOTICE** that The CarePoint Litigation Trust (the "Trust"), by and through its undersigned counsel will move before the Honorable Cari Fais, U.S.M.J pursuant to L. Civ. R. 5.3(c) for an Order sealing ECF No. 381, which was filed jointly by the Trust and RWJ Barnabas Health, Inc. on March 27, 2026. This motion is based on the papers on file in this action and for the reasons set forth therein.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to L. Civ. R. 78.1, the Motion date for this Motion is May 4, 2026.

Dated: April 10, 2026

Respectfully submitted,

By: /s/*Robert M. Hirsh*
Robert M. Hirsh
New Jersey Bar No. 018901998
robert.hirsh@nortonrosefulbright.com
Dewey J. Gonsoulin III*
Texas Bar No. 24131337
New York Bar No. 6168660
dewey.gonsoulin@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3060
Facsimile: (212) 318-3400

Michael A. Swartzendruber*
Texas Bar No. 19557702
michael.swartzendruber@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone: (214) 855-8067
Facsimile: (214) 855-8200

Darryl W. Anderson*
Texas Bar No. 24008694
darryl.anderson@nortonrosefulbright.com
Joshua H. Bucheister
Texas Bar No. 24145029
joshua.bucheister@nortonrosefulbright.com
Kate Ergenbright*
Texas Bar No. 24097660
kate.ergenbright@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

*Attorneys for The CarePoint Litigation Trust*

*Admitted *pro hac vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 10, 2026, a true and correct copy of the foregoing was served electronically via the Court's ECF system on all counsel of record.

/s/*Robert M. Hirsh*
Robert M. Hirsh