## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE CAREPOINT LITIGATION TRUST, | Hon. Evelyn Padin, U.S.D.J |
| Plaintiff, | Hon. Cari Fais, U.S.M.J. |
| v. | Civil Action No. 2:22-cv-05421-EP-CF |
| RWJ BARNABAS HEALTH, INC., | |
| Defendant. | |

## <u>DECLARATION OF DARRYL W. ANDERSON</u>

Darryl W. Anderson, hereby declares as follows:

1.      I am an attorney at law in the State of Texas and a Partner with the law firm Norton Rose Fulbright US LLP. I represent The CarePoint Litigation Trust in this matter. I am familiar with the facts and circumstances set forth herein.

2.      Pursuant to Local Civil Rule 5.3, I submit this Declaration in Support of The CarePoint Litigation Trust's Motion to Seal ECF No. 381.

3.      Attached to my Declaration as **Exhibit 1** is a chart outlining the nature of the statements within ECF 381 that the Trust is seeking to seal, the Trust's basis and private interest for sealing ECF 381, the clearly defined and serious injury that would occur if ECF 381 is not sealed, why a less restrictive alternative to sealing the identified statements is not available, whether there has been any prior sealing of the

identified statements, and the identify of any party or nonparty known to be objecting to the sealing request.

4.      ECF 381 contains quotes, summaries, and descriptions of documents produced in this litigation that are subject to a pending claim of privilege by the Trust. The documents quoted, summarized, and described within ECF 381 were clawed-back by the Trust on December 10, 2025 pursuant to the Discovery Confidentiality Order [ECF 73]. The Trust has a private interest in maintaining its claim of privilege over these documents.

5.      Absent sealing ECF 381, the injuries that would occur if the motion is not granted would be the risk of waiving the Trust's claim of privilege over the documents clawed back pursuant to the Discovery Confidentiality Order [ECF 73].

6.      A less restrictive alternative to sealing the identified statements within ECF 381 is not available because those statements contain quotes, summaries, and descriptions of documents that are subject to a pending claim of privilege by the Trust, namely its December 10, 2025 clawback of privileged documents produced by the Trust's predecessor, CarePoint, and third-party Lou Modugno.

7.      The Trust is filing a redacted version of ECF 381 so that all information not subject to a claim of privilege is publicly available. A redacted version of ECF 381 is attached to this Declaration as **Exhibit 2**. .

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: April 10, 2026                    /s/ *Darryl W. Anderson*
                                               Darryl W. Anderson