*Via ECF*
Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

      Re:    *The CarePoint Litigation Trust v. Barnabas,* Case No. 22-cv-05421 (D.N.J.)
              *May 21, 2026 Status Conference*

Dear Judge Fais:

We write with respect to the status conference now scheduled for May 21, 2026 [ECF 386]. The parties believe there are relatively few issues that currently require discussion before Your Honor given the Court's order holding the Third Amended Pretrial Scheduling Order in abeyance [ECF 380] and the pendency of the following motions:

- Trust's Appeal of the Mandler Privilege Waiver Order [ECF 302]

- Barnabas's Motion for Leave to Amend its Answer, Affirmative Defenses and Counterclaim [ECF 321]

- Barnabas's Motion to Consolidate Related Cases [ECF 324-1]

- Barnabas's Motion to Amend the Discovery Confidentiality Order [ECF 360-1].

Thus, the Trust and Barnabas jointly propose that the Court consider adjourning the May 21, 2026 status conference for one month. If the Court decides to hold the status conference as scheduled on May 21, the Trust respectfully proposes converting it into a Zoom conference.

Respectfully submitted,

*/s/ Robert M. Hirsh*                        */s/ William Walsh*

*Counsel for the CarePoint Litigation Trust*      *Counsel for RWJ Barnabas Health, Inc.*