*Via ECF*
Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

      Re:    *The CarePoint Litigation Trust v. Barnabas,* Case No. 22-cv-05421 (D.N.J.)
               *June 23, 2026 Status Conference*

Dear Judge Fais:

      We write with respect to the status conference now scheduled for June 23, 2026 [ECF 389]. Given that there are relatively few issues that currently require discussion before Your Honor, and that most of the parties' motions have been administratively terminated pending resolution of the Trust's Appeal of Judge Waldor's June 3, 2025 Privilege Waiver Order [ECF 302], the Trust and Barnabas respectfully request that the Court adjourn the June 23, 2026 status conference for one month. If the Court decides to hold the status conference as scheduled on June 23, the Trust and Barnabas respectfully propose converting it into a Zoom conference.

Respectfully submitted,

*/s/ Robert M. Hirsh*                                    */s/ William T. Walsh*

*Counsel for the CarePoint Litigation Trust*     *Counsel for RWJ Barnabas Health, Inc*