# UNITED STATES DISTRICT COURT
## for the
## DISTRICT OF NEW JERSEY

**Carepoint Health Management Assoc., LLC, et al.**

Plaintiff(s).

v.

**RWJ Barnabas Health, Inc.,**

Defendant(s)

**REQUEST BY ATTORNEY TO
WITHDRAW FROM
ELECTRONIC NOTIFICATIONS**

Civil/Criminal Action No.  **2:22-cv-05421-EP-CF**

Request is hereby made by  **Patrick M. Harrington**  , Esq., counsel for,          **Carepoint** in the above-captioned matter, to withdraw from electronic notifications in the within case, and it is represented that:

1.    The within civil complaint has been dismissed/settled as to my client;

2.    The criminal defendant has been sentenced and there are no further proceedings which require notification; OR

3.    Other:  **Counsel has been substituted out.**

**NOTE**:    Your withdrawal from electronic notifications in this matter does not constitute your withdrawal as counsel for your client in this matter.

/s/ Patrick M. Harrington

Signature of Attorney

Name:    Patrick M. Harrington

Address:    Dilworth Paxson LLP

1650 Market Street, Suite 1200

Philadelphia, PA 19103

E-mail:    pharrington@dilworthlaw.com

DNJ-CMECF-003 |