<u>**NOT FOR PUBLICATION**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| THE CAREPOINT LITIGATION TRUST, | No. 22cv5421 (EP) (CF)[1] |
| Plaintiff, | **ORDER**[2] |
| v. | |
| RWJ BARNABAS HEALTH, INC., | |
| Defendant. | |

Pending before the Court is an appeal from Plaintiff, the CarePoint Litigation Trust (the "Trust"), of an order[3] from Judge Waldor, which held that CarePoint Health Systems Inc. ("CarePoint") waived any privilege over a production of approximately 150,000 documents made by Jeffrey Mandler, one of CarePoint's founders.[4]  Defendant RWJ Barnabas Health, Inc. ("Barnabas") opposes the Appeal,[5] and the Trust replies to Barnabas.[6]

The Court decides the Appeal without oral argument.  *See* Fed. R. Civ. P. 78(b); L. Civ. R. 78.1(b).  Having considered the Appeal, the parties' submissions, and all relevant items on the docket,

---

[1] The Honorable Cari Fais, U.S.M.J. was assigned to this case on September 11, 2025, following the retirement of the Honorable Cathy L. Waldor, U.S.M.J.  *See* Dkt.

[2] The accompanying Opinion has been filed under seal.  The parties may obtain a paper copy of the Opinion from the Clerk's Office.

[3] D.E. 233 ("Waiver Order").

[4] D.E. 302 ("Appeal").

[5] D.E. 314.

[6] D.E. 316.

**IT IS**, on this 18th day of June, 2026, for the reasons set forth in the accompanying Opinion,

**ORDERED** that the Trust's Appeal, D.E. 302, is **DENIED**; and it is further

**ORDERED** that Judge Waldor's Waiver Order, D.E. 233, is **AFFIRMED**; and it is further

**ORDERED** that because there is a presumption that "the public has a right of access to judicial materials," *In re Avandia Mktg., Sales Practices & Prods. Liab. Litig.*, 924 F.3d 662, 672 (3d Cir. 2019), within **30 days** of this Order, the parties shall jointly propose a redacted opinion.

Evelyn Padin, U.S.D.J.