

NORTON ROSE FULBRIGHT

***VIA ECF***

Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

> Re:    ***The CarePoint Litigation Trust v. RWJ Barnabas Health, Inc.,*** **Case No. 22-cv-05421 (D.N.J.)—Request to Reschedule Status Conference Set for September 1, 2026**

Dear Judge Fais:

The Trust is in receipt of the notice that the Court has rescheduled the in-person status conference in this matter from August 25, 2026, to September 1, 2026.  [ECF 398].  Two of the Trust's primary attorneys in this matter, Michael Swartzendruber and Kate Ergenbright, will be away on pre-planned vacation travel during the week of August 31, including Tuesday, September 1.  The Trust respectfully requests that, if possible, the Court reschedule the in-person status conference for one of the dates from September 7 through September 10, 2026, or  another date that the Court prefers.

The Trust has conferred with counsel for Barnabas, which does not oppose this request.

Respectfully submitted,

*/s/Robert M. Hirsh*

CC:    Michael A. Swartzendruber
Darryl Anderson
Kate Ergenbright
Josh Bucheister
Rachel Cardwell
Dewey Gonsoulin

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.



## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 2, 2026, a true and correct copy of the foregoing Motion was served electronically via the Court's ECF system on all counsel of record.

/s/*Robert M. Hirsh*
Robert M. Hirsh

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.