# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

THE CAREPOINT LITIGATION
TRUST,

Plaintiff,

v.

RWJ BARNABAS HEALTH, INC.,

Defendant.

Hon. Evelyn Padin, U.S.D.J.

Hon. Cari Fais, U.S.M.J.

Civil Action No.
2:22-cv-05421-EP-CLW

## JOINT NOTICE REGARDING REDACTIONS TO ECF NO. 393

Plaintiff The CarePoint Litigation Trust (the "Trust") and Defendant RWJ

Barnabas Health, Inc. ("Barnabas") submit this Joint Notice Regarding Redactions

to ECF No. 393 and would respectfully show the Court as follows:

On June 18, 2026, the Court published under seal at ECF No. 393 its Opinion

denying the Trust's appeal of Judge Waldor's Waiver Order (ECF No. 233). On the

same day the Court Ordered that "within 30 days of this Order, the parties shall

jointly propose a redacted opinion." ECF No. 394 at 2.

The Parties have reviewed the Court's Opinion and are in agreement that no

redactions are needed. The Parties further agree that the Opinion can be filed

publicly.

Dated: July 20, 2026            Respectfully submitted,

/s/ *Robert M. Hirsh*
Robert M. Hirsh
New Jersey Bar No. 018901998
robert.hirsh@nortonrosefulbright.com
Dewey J. Gonsoulin III*
New York Bar No. 6168660
dewey.gonsoulin@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
Telephone: (212) 318-3060
Facsimile: (212) 318-3400

Michael A. Swartzendruber*
Texas Bar No. 19557702
michael.swartzendruber@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX 75201-7932
Telephone: (214) 855-8067
Facsimile: (214) 855-8200

Darryl W. Anderson*
Texas Bar No. 24008694
darryl.anderson@nortonrosefulbright.com
Joshua H. Bucheister
Texas Bar No. 24145029
joshua.bucheister@nortonrosefulbright.com
Kate Ergenbright*
Texas Bar No. 24097660
kate.ergenbright@nortonrosefulbright.com
NORTON ROSE FULBRIGHT US LLP
1550 Lamar Street, Suite 2000
Houston, Texas 77010-4106
Telephone: (713) 651-5151
Facsimile: (713) 651-5246

*Attorneys for The CarePoint Litigation Trust*

*Admitted Pro Hac Vice*

Dated: July 20, 2026

Respectfully submitted,

/s/*William T. Walsh*
William T. Walsh
David A. Munkittrick*
PROSKAUER ROSE LLP
Eleven Times Square
New York, NY 10036
(212) 969-3000
wwalsh@proskauer.com
dmunkittrick@proskauer.com

Colin R. Kass*
Erica T. Jones*
PROSKAUER ROSE LLP
1001 Pennsylvania Ave, N.W.
Washington, D.C. 20004
ckass@proskauer.com
ejones@proskauer.com

*Attorneys for Defendant RWJ Barnabas Health, Inc.*

*\*Admitted Pro Hac Vice*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 20, 2026, a true and correct copy

of the foregoing was served electronically via the Court's ECF system on all counsel

of record.

/s/*Robert M. Hirsh*
Robert M. Hirsh