# Proskauer

Proskauer Rose LLP | 11 Times Square | New York, NY 10026

William T. Walsh
212-969-3908
WWalsh@proskauer.com

July 21, 2026

***Via ECF***

Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

Re:    *The CarePoint Litigation Trust v. Barnabas,* 22-cv-05421 (D.N.J.)

Dear Judge Fais:

Barnabas writes to respectfully seek clarification regarding the procedural status of its Motion to Amend (ECF 321) and Motion to Consolidate (ECF 324).

As the Court is aware, those motions were administratively terminated without prejudice pending resolution of CarePoint's appeal of the June 3, 2025 Privilege Waiver Order. ECF 390. Following Judge Padin's affirmance of that Order, Barnabas submitted its supplemental letter addressing the impact of the affirmance. ECF 396. To ensure that any further filings are made in the manner the Court prefers, Barnabas respectfully requests guidance as to whether the Court intends to resolve the motions based on the existing briefing and docket entries, or whether Barnabas should refile the motion papers as new docket entries before the Court considers them.

Barnabas appreciates the Court's guidance on the appropriate procedure.

Respectfully submitted,

*/s/ William T. Walsh, Jr.*