# ^NORTON ROSE FULBRIGHT

August 14, 2026

Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, Texas  75201-7932

**Michael A. Swartzendruber**
**Partner-in-Charge, Dallas**
Direct line +1 214 855 8067
michael.swartzendruber@nortonrosefulbright.com

Tel +1 214 855 8000
Fax +1 214 855 8200
nortonrosefulbright.com

*Via ECF*

Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

Re:    Request for Settlement Conference—*CarePoint Health Systems Inc., et al. v. RWJ Barnabas Health, Inc.*, No. 2:22-cv-05421-EP-CF (D.N.J.)

Dear Judge Fais:

We write regarding the upcoming status conference in this matter on September 9, 2026.  Plaintiff, the CarePoint Litigation Trust (the "Trust") respectfully requests that the date of the conference include or be converted into a settlement conference while all current parties will already have counsel present to determine whether this case could possibly be resolved without the need for further protracted litigation.  Plaintiff is willing to attend in person, but Party representatives could participate in the conference electronically should they be unable to attend in person.

This lawsuit has been pending for nearly four years with substantial expenses incurred and significant resources expended by all parties.  The Trust is focused on maximizing value for creditors and does not wish to engage in extended and costly litigation if a fair and reasonable resolution can be achieved.

At this juncture, the remaining case deadlines are abated and the following motions are pending before the Court:

- RWJ Barnabas Health, Inc.'s ("Barnabas") Motion for Leave to Amend Answer, Affirmative Defenses, Counterclaim, and File Third-Party Complaint; filed on November 14, 2025 [ECF No. 321];

- Barnabas's Motion to Unseal Motion for Leave to Amend; filed on December 8, 2025 [ECF No. 332];

- Barnabas's Motion to Consolidate Related Cases; filed on November 14, 2025 [ECF No. 324];

- Barnabas's Motion to Amend Confidentiality Order so that documents produced in this lawsuit are deemed produced in Barnabas's separately filed lawsuit against the HRH entities and vice versa; filed on January 22, 2026 [ECF No. 360];

- Barnabas's Joint Letter Regarding the Trust's first clawback request of inadvertently produced privileged documents; filed on March 27, 2026 [ECF No. 381];

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.    2026.08.05 - DRAFT Letter to Court.docx

Norton Rose Fulbright LLP, Norton Rose Fulbright Canada LLP, and Norton Rose Fulbright US LLP are separate legal entities and all of them are members of Norton Rose Fulbright Verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com/legal-notices.

NORTON ROSE FULBRIGHT

- Barnabas's Joint Letter Regarding the Trust's second clawback request of inadvertently produced privileged documents; filed on May 8, 2026 [ECF No. 387];

- The Parties' Supplemental Briefs on the Impact of Privilege Order on Various Pending Motions; filed on July 2, 2026 [ECF Nos. 396, 397];

- The Trust's Motion to Seal Portions of Joint Letter requesting that Barnabas be barred from using documents subject to Mandler Waiver Appeal at depositions during pendency of privilege appeal; filed on January 20, 2026 [ECF No. 357];

- The Trust's Motion to Seal Barnabas's exhibit to its opposition to the Trust's motion to seal; filed on February 2, 2026 [ECF No. 363]; and

- The Trust's Motion to Seal portions of joint letter regarding the Trust's first clawback request; filed on April 10, 2026 [ECF No. 385].

The Trust is also aware of at least two other discovery disputes the parties intend to raise with the Court through joint letters that are currently being drafted by both parties.

Resolution of the above motions could significantly impact this case. Barnabas's Motion for Leave to Amend and its Motion to Consolidate seek to add several new parties and claims to this litigation, which could materially impact the scope of this proceeding and time needed for discovery. Any new parties would need the opportunity to review the millions of pages of documents produced in this litigation and would need time to serve (and respond to) discovery requests of their own before deposition discovery could begin in earnest.

Several of the above discovery disputes have similarly impacted the parties' ability to conduct deposition discovery, as resolution of certain joint letters (and any related to-be filed discovery motions) will impact what documents the parties can even use at depositions.

While prior settlement efforts have not resulted in resolution, given the inability to proceed with deposition discovery in earnest and the numerous pending motions, the Trust believes the case is at something of a crossroads. If both sides engage in good faith, the Trust believes there is a potential opportunity for resolution at this time, which would allow the parties to avoid the significant additional cost, burden, and potential exposure that will accompany continued litigation.

The Trust has reached out to Barnabas about settlement discussions, which Barnabas has not expressed interest in. Nevertheless, for all the reasons outlined herein, the Trust still believes a settlement conference would be worthwhile given the current posture of this case. Indeed, the Trust's assessment is that this window is perhaps the last realistic possibility for a mutually beneficial resolution for the next year or more.

Therefore, the Trust respectfully requests that the September 9, 2026 status conference include or be converted into a settlement conference while all current parties have counsel present and that party representatives be permitted to participate in the conference either in person or electronically.

NORTON ROSE FULBRIGHT

Sincerely,

*/s/ Michael A. Swartzendruber*
Michael A. Swartzendruber


CC: All counsel of record