Proskauer Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

William T. Walsh, Jr.
212-969-3908
WWalsh@proskauer.com

September 14, 2026

***Via ECF and In Camera Submission***

Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

Re: *The CarePoint Litigation Trust v. Barnabas,* 22-cv-5421 (EP-CF) (D.N.J.)

Dear Judge Fais:

Contemporaneously herewith the parties have a filed a joint letter (ECF 408), referred as the "Joint Letter regarding CarePoint's Subject Matter Waiver."

Barnabas's portion of the Joint Letter regarding CarePoint's Subject Matter Waiver cites several exhibits, including documents CarePoint or its former outside counsel, Louis Modugno, produced to Barnabas, and letters involving discovery process.

After the exchange of drafts of the Joint Letter regarding CarePoint's First Claw Back Request (ECF 381), CarePoint made a "clawback" request with respect to the documents cited in the Joint Letter regarding CarePoint's First Claw Back Request, and demanded that all such documents (including the Mandler Waiver Documents) be submitted *in camera* instead of filed under seal. CarePoint requested Barnabas follow the same procedure for this joint letter.

Though Barnabas continues to believe that *in camera* review is reserved for *ex parte* communications (and here both parties have full access to the documents), and that *in camera* review is unnecessary for the Mandler documents that CarePoint waived privilege over (ECF 393), Barnabas agreed to this procedure for the Court's convenience and to avoid threatened sanctions. *See Securimetrics, Inc. v. Iridian Techs., Inc.*, 2006 WL 827889 (D.N.J. 2006) (addressing sealing – and unsealing – of purported privileged documents that were produced to a litigation adversary).

Accordingly, attached hereto is a declaration setting forth the Mandler, CarePoint, and Modugno produced exhibits cited in Barnabas's portion of the Joint Letter regarding CarePoint's Subject Matter Waiver, which are being transmitted separately to your chambers for *in camera* review. For the court's convenience, that transmission includes a complete set of all sealed exhibits filed in connection with the Joint Letter regarding CarePoint's Subject Matter Waiver.

We thank the Court for its time and consideration and remain available for any questions the Court may have.

Respectfully submitted,

*/s/ William T. Walsh*