William T. Walsh, Jr.
PROSKAUER ROSE LLP
11 Times Square
New York, NY 10036
(212) 969-3908
wwalsh@proskauer.com

*Attorney for RWJ Barnabas Health, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **THE CAREPOINT LITIGATION TRUST,**<br><br>Plaintiff,<br><br>v.<br><br>**RWJ BARNABAS HEALTH, INC.**,<br><br>Defendant. | Civil Action No. 22-cv-05421-EP-CF<br><br>Hon. Evelyn Padin, USDJ<br><br>Hon. Cari Fais, USMJ |

**DECLARATION OF WILLIAM T. WALSH, JR. IN SUPPORT OF BARNABAS'S POSITION IN**
**<u>THE JOINT LETTER REGARDING CAREPOINT'S SUBJECT MATTER WAIVER</u>**

I, WILLIAM T. WALSH, JR., declare as follows:

1. I represent RWJ Barnabas Health, Inc. ("Barnabas") in the above-captioned matter. I am an associate of the law firm Proskauer Rose LLP in New York, located at Eleven Times Square, New York, N.Y. 10036, and am an attorney in good standing of the Bar of the State of New Jersey and am admitted to practice before the United States District Court for the District of New Jersey. I make this declaration of my own personal knowledge except where otherwise stated, and if called as a witness, I could and would testify competently as set forth below.

2. Consistent with the parties' agreement, this declaration, along with the attached

exhibit, is submitted in support of Barnabas's position statement within the Joint Letter regarding CarePoint's Subject Matter Waiver (ECF 408).

3. The documents reflected on Exhibit 1 hereto are true and correct copies of the documents referred to in the Joint Letter regarding CarePoint's Subject Matter Waiver.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 14, 2026

Respectfully submitted,

*/s/ William T. Walsh*

William T. Walsh, Jr.
PROSKAUER ROSE LLP
Eleven Times Square New
York, NY 10036
(212) 969-3000
wwalsh@proskauer.com

*Attorney for Defendant RWJ Barnabas Health, Inc.*