Proskauer Proskauer Rose LLP Eleven Times Square New York, NY 10036-8299

William T. Walsh, Jr.
212-969-3908
WWalsh@proskauer.com

September 14, 2026

***Via ECF***

Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey

Re: *The CarePoint Litigation Trust v. Barnabas,* 22-cv-5421 (EP-CF) (D.N.J.)

Dear Judge Fais:

Barnabas respectfully requests that the Court set Friday, September 25, 2026 as the deadline for the parties to file their joint dispute letter regarding the documents withheld from the Amended Modugno privilege log (the "Modugno Log Letter"). This letter is the second of two outstanding privilege-related joint dispute letters discussed at the September 9th settlement conference.

In its September 11, 2026 Text Order, the Court directed the parties to file their joint dispute letter regarding subject-matter waiver no later than today, September 14, 2026. ECF 407, 408. Consistent with the Court's guidance at the settlement conference that the parties' outstanding privilege disputes be presented together so that the Court may assess them in their totality, Barnabas circulated on September 13, 2026 a revised draft of the Modugno Log Letter, which the parties have been drafting in parallel with the subject-matter waiver over the past months. Barnabas had hoped that both letters could be filed together on September 14, 2026.

CarePoint has advised that it requires additional time to review Barnabas's revisions to the Modugno Log Letter and does not consent to its filing today. CarePoint has agreed to provide its revised portion of the joint letter to Barnabas early next week to allow the parties to finalize and file the letter by Friday, September 25, 2026. Though Barnabas is amenable to an earlier schedule, it agrees to CarePoint's proposed deadline of September 25, 2026.

Accordingly, Barnabas respectfully requests that the Court enter a deadline of September 25, 2026 for the filing of the parties' joint dispute letter regarding the documents withheld from the Amended Modugno privilege log. Barnabas thanks the Court for its attention to this matter.

Respectfully submitted,

*/s/ William T. Walsh*

**SO ORDERED** on this 16th day of September, 2026.

***/s/ Cari Fais***
HON. CARI FAIS, U.S.M.J.