NORTON ROSE FULBRIGHT

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
United States of America

Direct line +1 212 318 3060
robert.hirsh@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400

***VIA ECF***

Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re: ***The CarePoint Litigation Trust v. RWJ Barnabas Health, Inc.*, Case No. 22-cv-05421 (D.N.J.)—Request for Advisement on Defendant's Proposed Amended Answer, Counterclaims, and Third-Party Complaint**

Dear Judge Fais:

On September 11, 2026, this Court instructed the CarePoint Litigation Trust (the "Trust") to advise the Court in writing whether the Trust consents to the filing of Defendant's Proposed Amended Answer, Counterclaims, and Third-Party Complaint (the "Proposed Amendment"). *See* ECF No. 407. The Trust has conduct a thorough review of the briefing submitted with respect to the Proposed Amendment, taking into account the case law cited in the Court's order. Based on that review, the Trust hereby advises the Court that it does not consent to the filing of the Amended Pleadings.

This is not a case where the opposition to the Proposed Amendment rests solely on the failure to state a claim. *See Colombo v. Bd. of Educ. for the Clifton Sch. Dist.*, No. 11-785, 2016 WL 6403081, at *2 (D.N.J. Oct. 27, 2016) (holding that "***in the absence of undue prejudice***, the Court may decline to engage in a detailed futility analysis where the Court finds that these arguments are better suited for consideration in the context of a motion to dismiss"). Here , futility is just one of several grounds upon which Barnabas's request to amend must be denied. For example, the Proposed Amendment is highly prejudicial, the product of undue delay, and asserted in bad faith. ECF No. 344 (Trust's Opposition to Barnabas's Motion for Leave to Amend) at 34-40. Thus, the Trust does not consent to the filing and, instead, stands on its prior briefing on the issues.

Respectfully submitted,

*/s/Robert M. Hirsh*

CC: Michael A. Swartzendruber
Darryl Anderson
Kate Ergenbright
Josh Bucheister
Rachel Cardwell
Dewey Gonsoulin

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.

NORTON ROSE FULBRIGHT

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 23, 2026, a true and correct copy of the foregoing Motion was served electronically via the Court's ECF system on all counsel of record.

/s/*Robert M. Hirsh*
Robert M. Hirsh