# EXHIBIT 1

**EXHIBIT 1**
***Sample of Correlation Between***
***Intentionally Waived Documents and Withheld Documents***[1]

| Subject | Mandler Produced Waiver Docs | CP Produced Priv. Docs | Modugno Produced Priv. Docs | Withheld CP Docs. | Withheld Modugno Docs. |
|---|---|---|---|---|---|
| *CarePoint's financial arrangements with, or payments to, founder-related entities* | Mandler0350316 | CP_10136004 | CP_MODUGNO_00335636 | PrivLog_000071 | R00034945 |
| | Mandler0350419 | CP_10136704 | CP_MODUGNO_00335691 | PrivLog_000072 | R00034880 |
| | Mandler0350661 | CP_10139717 | CP_MODUGNO_00335911 | PrivLog_000093 | R00035071 |
| | Mandler0356567 | CP_10140278 | CP_MODUGNO_00335915 | PrivLog_000097 | R00035072 |
| | Mandler0356646 | CP_10144754 | CP_MODUGNO_00335971 | PrivLog_000099 | R00035073 |
| | Mandler0356873 | CP_10184777 | CP_MODUGNO_00335975 | PrivLog_000471 | R00035075 |
| | Mandler0356887 | CP_10239525 | CP_MODUGNO_00258932 | PrivLog_000472 | R00035097 |
| | Mandler0361511 | CP_10241966 | CP_MODUGNO_00258961 | PrivLog_000473 | R00036266* |
| | Mandler0405577 | CP_10247775 | CP_MODUGNO_00258947 | PrivLog_000474 | R00036547 |
| | Mandler0405719 | CP_10249555 | CP_MODUGNO_00259062 | PrivLog_000475 | R00036548 |
| | Mandler0406757 | CP_10251230 | CP_MODUGNO_00066181 | PrivLog_001457 | R00036846 |
| | Mandler0406762 | CP_10252957 | CP_MODUGNO_00066403 | PrivLog_001460 | R00037066 |
| | Mandler0409338 | CP_10268730 | CP_MODUGNO_00066081 | PrivLog_014055 | R00062498 |
| | Mandler0410072 | CP_10269716 | CP_MODUGNO_00066101 | PrivLog_002280 | R00068064 |
| | Mandler0410081 | CP_10300105 | CP_MODUGNO_00271521 | PrivLog_002281 | R00069340* |
| | Mandler0410087 | CP_10492604 | CP_MODUGNO_00336190 | PrivLog_002885 | R00088154 |
| | Mandler0410076 | CP_10587890 | CP_MODUGNO_00336192 | PrivLog_002886 | R00088155 |
| | Mandler0410113 | CP_10795347 | CP_MODUGNO_00020117 | PrivLog_002909 | R00088235 |
| | Mandler0410251 | CP_10831989 | CP_MODUGNO_00132785 | PrivLog_002913 | R00088484 |
| | Mandler0410261 | CP_10840593 | CP_MODUGNO_00032507 | PrivLog_002914 | R00088485 |
| | Mandler0410272 | CP_10844200 | CP_MODUGNO_00030331 | PrivLog_002916 | R00088539 |

[1] CarePoint has not provided a log for the vast bulk of withheld documents, including any log for over twenty CarePoint custodians or any document prior to January 2019. As such, the table only reflects entries on CarePoint's November 2025 Two-Custodian Log. Documents in this chart have been categorized based on the privilege log description, or subject, and as a result, may be under- or over-inclusive. This list is not intended to be comprehensive. Barnabas will note its *in camera* submission via a separate docket entry, and will provide the documents to the Court on a flash drive.

[*] As noted in the parties Joint Letter regarding the Amended Modugno Privilege Log, CarePoint has refused to provide any document correlating its original January 2025 privilege log for Lou Modugno with over 50,000 entries to its February 2026 Amended Modugno Privilege Log, containing approximately 23,000 entries. The asterisks used in this exhibit attempt to bridge that gap, noting the entries that CarePoint appears to have removed from the original Modugno Log when amending its privilege log in February 2026.

| Subject | Mandler Produced Waiver Docs | CP Produced Priv. Docs | Modugno Produced Priv. Docs | Withheld CP Docs. | Withheld Modugno Docs. |
|---|---|---|---|---|---|
| | Mandler0414128 | CP_10844205 | CP_MODUGNO_00029451 | PrivLog_002917 | R00088540 |
| | Mandler0432426 | CP_10845110 | CP_MODUGNO_00271506 | PrivLog_003022 | R00088632 |
| | Mandler0338259 | CP_10848033 | CP_MODUGNO_00233546 | PrivLog_003037 | R00088633 |
| | Mandler0338344 | CP_10848507 | CP_MODUGNO_00234256 | PrivLog_003697 | R00088635 |
| | Mandler0338348 | CP_10879957 | CP_MODUGNO_00234094 | PrivLog_003698 | R00088636 |
| | Mandler0338365 | CP_10892383 | CP_MODUGNO_00234098 | PrivLog_005203 | R00088641 |
| | Mandler0166370 | CP_11443733 | CP_MODUGNO_00234101 | PrivLog_005931 | R00088642 |
| | Mandler0178176 | CP_0006560878 | CP_MODUGNO_00234104 | PrivLog_006527 | R00088657 |
| | Mandler0178203 | CP_0006560880 | CP_MODUGNO_00315602 | PrivLog_006967 | R00088658 |
| | Mandler0246385 | CP_0006562055 | CP_MODUGNO_00282165 | PrivLog_006968 | R00088679 |
| | Mandler0260130 | CP_0006562058 | CP_MODUGNO_00282172 | PrivLog_007235 | R00088680 |
| | Mandler0278569 | CP_0006562068 | CP_MODUGNO_00315616 | PrivLog_007236 | R00088699 |
| | Mandler0343924 | CP_0006562079 | CP_MODUGNO_00282178 | PrivLog_007283 | R00088700 |
| | Mandler0347948 | CP_0006593071 | CP_MODUGNO_00336176 | PrivLog_007840 | R00088701 |
| | Mandler0384666 | CP_0006593074 | CP_MODUGNO_00336184 | PrivLog_007841 | R00088702 |
| | Mandler0313249 | CP_0006619922 | CP_MODUGNO_00336199 | PrivLog_007842 | R00088703 |
| | Mandler0313250 | CP_0006621958 | CP_MODUGNO_00336197 | PrivLog_009572 | R00088717 |
| | Mandler0313275 | CP_0006621961 | CP_MODUGNO_00282188 | PrivLog_009573 | R00088719 |
| | Mandler0313276 | CP_0006622692 | CP_MODUGNO_00336201 | PrivLog_009672 | R00088729 |
| | Mandler0384561 | CP_0006622696 | CP_MODUGNO_00153474 | PrivLog_010077 | R00088733 |
| | Mandler0384671 | CP_0008315683 | | PrivLog_010109 | R00088734 |
| | Mandler0384684 | CP_0008315686 | | PrivLog_010110 | R00088768 |
| | Mandler0384877 | CP_0008315690 | | PrivLog_010111 | R00088769 |
| | Mandler0385001 | CP_0008315695 | | PrivLog_010139 | R00088771 |
| | Mandler0339472 | CP_0008315702 | | PrivLog_010140 | R00088802 |
| | | CP_0008330357 | | PrivLog_010141 | R00088804 |
| | | CP_0008330360 | | PrivLog_010217 | R00088808 |
| | | CP_0008330416 | | PrivLog_010219 | R00088809 |
| | | CP_0006681523 | | PrivLog_010223 | R00088810 |
| | | CP_0006681528 | | PrivLog_010582 | R00088811 |
| | | CP_0006981211 | | PrivLog_013129 | R00089210 |
| | | CP_0007210316 | | PrivLog_013130 | R00089211 |
| | | CP_0008327163 | | PrivLog_013135 | R00089533 |
| | | CP_0008327350 | | PrivLog_014051 | R00089606 |

| Subject | Mandler Produced Waiver Docs | CP Produced Priv. Docs | Modugno Produced Priv. Docs | Withheld CP Docs. | Withheld Modugno Docs. |
|---|---|---|---|---|---|
| | | CP_0005570697<br>CP_11135925<br>CP_10086892<br>CP_10099853<br>CP_11260586<br>CP_0006592428<br>CP_10579559<br>CP_11030199<br>CP_0006593950<br>CP_0006622754<br>CP_0008315406<br>CP_0006622348<br>CP_0008315432<br>CP_0006593948<br>CP_0006622752<br>CP_0008315859 | | PrivLog_014056<br>PrivLog_014072<br>PrivLog_014073<br>PrivLog_014136<br>PrivLog_014178<br>PrivLog_000348<br>PrivLog_000349<br>PrivLog_000350<br>PrivLog_000351<br>PrivLog_002910<br>PrivLog_004340<br>PrivLog_004341<br>PrivLog_004342<br>PrivLog_005488<br>PrivLog_005490<br>PrivLog_005494<br>PrivLog_005495<br>PrivLog_005496<br>PrivLog_014045<br>PrivLog_014058<br>PrivLog_014059<br>PrivLog_014060<br>PrivLog_014061<br>PrivLog_014062<br>PrivLog_014063<br>PrivLog_014064<br>PrivLog_014065<br>PrivLog_014066<br>PrivLog_014067<br>PrivLog_014068<br>PrivLog_014069<br>PrivLog_014120<br>PrivLog_014124<br>PrivLog_012148 | R00089607*<br>R00089719<br>R00031201*<br>R00035476*<br>R00035555*<br>R00038271*<br>R00038493*<br>R00089043<br>R00089044<br>R00089801*<br>R00089847*<br>R00003248<br>R00021449<br>R00036153<br>R00038864 |

| Subject | Mandler Produced Waiver Docs | CP Produced Priv. Docs | Modugno Produced Priv. Docs | Withheld CP Docs. | Withheld Modugno Docs. |
|---|---|---|---|---|---|
| | | | | PrivLog_000502 | |
| *New Jersey State Commission of Investigation's investigation of CarePoint* | Mandler0181038<br>Mandler0180127<br>Mandler0180137<br>Mandler0180238<br>Mandler0180310<br>Mandler0180324<br>Mandler0180905<br>Mandler0180937<br>Mandler0181051<br>Mandler0181053<br>Mandler0188674<br>Mandler0188732<br>Mandler0188743<br>Mandler0188766<br>Mandler0189746<br>Mandler0275488<br>Mandler0275490<br>Mandler0284390<br>Mandler0335556<br>Mandler0338286<br>Mandler0338545<br>Mandler0340769 | CP_0007166957<br>CP_10532597<br>CP_0007165716<br>CP_0007165713<br>CP_0007165727<br>CP_0007164995<br>CP_0007165792 | CP_MODUGNO_00233224<br>CP_MODUGNO_00230510<br>CP_MODUGNO_00233304<br>CP_MODUGNO_00230500<br>CP_MODUGNO_00232950<br>CP_MODUGNO_00297987 | PrivLog_002569<br>PrivLog_002666<br>PrivLog_002667<br>PrivLog_002668<br>PrivLog_002669<br>PrivLog_002707<br>PrivLog_005400<br>PrivLog_012927<br>PrivLog_000217<br>PrivLog_000240<br>PrivLog_000252<br>PrivLog_000253<br>PrivLog_000282<br>PrivLog_000283<br>PrivLog_000284<br>PrivLog_000285<br>PrivLog_000289<br>PrivLog_000332<br>PrivLog_000334<br>PrivLog_000335<br>PrivLog_000336<br>PrivLog_000340<br>PrivLog_000341<br>PrivLog_000343<br>PrivLog_000357<br>PrivLog_000366<br>PrivLog_005905 | R00000645 |

| **Subject** | **Mandler Produced Waiver Docs** | **CP Produced Priv. Docs** | **Modugno Produced Priv. Docs** | **Withheld CP Docs.** | **Withheld Modugno Docs.** |
|---|---|---|---|---|---|
| | | | | | |
| *CarePoint's out-of-network strategy, the New Jersey's Out-of-network Consumer Protection, Transparency, Cost Containment, and Accountability Act, and dealings with insurers* | Mandler0000932<br>Mandler0000933<br>Mandler0000953<br>Mandler0001027<br>Mandler0001045<br>Mandler0001057<br>Mandler0001065<br>Mandler0006473<br>Mandler0138302<br>Mandler0217988<br>Mandler0021965<br>Mandler0221181<br>Mandler0203808<br>Mandler0250216<br>Mandler0003153<br>Mandler0003306<br>Mandler0005076<br>Mandler0160121<br>Mandler0160123<br>Mandler0160127<br>Mandler0160130 | CP_0007116706<br>CP_12013643<br>CP_12013645<br>CP_0007109590<br>CP_0007109593<br>CP_0007109636<br>CP_0007109506<br>CP_0006655282<br>CP_0006655303<br>CP_0006655319<br>CP_0007057286<br>CP_0007057289<br>CP_0006719860<br>CP_0006719863<br>CP_0007167884<br>CP_0007167887<br>CP_0007167890<br>CP_0007167894<br>CP_0007167897<br>CP_0007167902<br>CP_0007167907<br>CP_0007167911<br>CP_0007167920<br>CP_0007034243<br>CP_0007034248<br>CP_0007168299 | CP_MODUGNO_00141430<br>CP_MODUGNO_00141780<br>CP_MODUGNO_00142872<br>CP_MODUGNO_00143669<br>CP_MODUGNO_00337109<br>CP_MODUGNO_00025091<br>CP_MODUGNO_00068614<br>CP_MODUGNO_00168489<br>CP_MODUGNO_00081984<br>CP_MODUGNO_00045988<br>CP_MODUGNO_00046758<br>CP_MODUGNO_00046790<br>CP_MODUGNO_00046865<br>CP_MODUGNO_00047168<br>CP_MODUGNO_00047170<br>CP_MODUGNO_00047398<br>CP_MODUGNO_00047546<br>CP_MODUGNO_00082747<br>CP_MODUGNO_00083315<br>CP_MODUGNO_00083563<br>CP_MODUGNO_00083566<br>CP_MODUGNO_00084188<br>CP_MODUGNO_00088257<br>CP_MODUGNO_00088522<br>CP_MODUGNO_00088611<br>CP_MODUGNO_00088647<br>CP_MODUGNO_00088834<br>CP_MODUGNO_00089651<br>CP_MODUGNO_00089766<br>CP_MODUGNO_00091678<br>CP_MODUGNO_00147151 | PrivLog_006651<br>PrivLog_006545<br>PrivLog_003798<br>PrivLog_000492<br>PrivLog_000380<br>PrivLog_002926<br>PrivLog_002927<br>PrivLog_004488<br>PrivLog_000329<br>PrivLog_012106<br>PrivLog_012107<br>PrivLog_012330<br>PrivLog_012331<br>PrivLog_000333<br>PrivLog_000125<br>PrivLog_000342<br>PrivLog_000415<br>PrivLog_000418<br>PrivLog_000419<br>PrivLog_000420<br>PrivLog_000421<br>PrivLog_000422<br>PrivLog_000423<br>PrivLog_000424<br>PrivLog_000425<br>PrivLog_000426<br>PrivLog_000435<br>PrivLog_000436<br>PrivLog_000437<br>PrivLog_000438<br>PrivLog_000439<br>PrivLog_000440 | R00006258<br>R00010486<br>R00021663<br>R00021664<br>R00022428*<br>R00022429*<br>R00022942*<br>R00022943*<br>R00024034<br>R00032662*<br>R00034109*<br>R00034110*<br>R00034117*<br>R00034159*<br>R00034179*<br>R00034181*<br>R00034333*<br>R00034837*<br>R00034838*<br>R00035610<br>R00035611<br>R00035996<br>R00035997<br>R00035998<br>R00036050<br>R00036051<br>R00036092<br>R00037138*<br>R00037139*<br>R00037209*<br>R00037210*<br>R00037218* |

| Subject | Mandler Produced Waiver Docs | CP Produced Priv. Docs | Modugno Produced Priv. Docs | Withheld CP Docs. | Withheld Modugno Docs. |
|---|---|---|---|---|---|
| | | | | PrivLog_000441<br>PrivLog_000442<br>PrivLog_000443<br>PrivLog_000490<br>PrivLog_000491<br>PrivLog_000494<br>PrivLog_000495<br>PrivLog_000496<br>PrivLog_000497<br>PrivLog_000498<br>PrivLog_000499<br>PrivLog_000500<br>PrivLog_000501<br>PrivLog_003800 | R00037356*<br>R00064012<br>R00064013<br>R00064014<br>R00065832<br>R00065848*<br>R00066649*<br>R00067246*<br>R00067247*<br>R00080176*<br>R00080177*<br>R00005737<br>R00005738<br>R00005739<br>R00005757<br>R00010243<br>R00012616<br>R00012694<br>R00012695<br>R00012696<br>R00013168<br>R00021948<br>R00022717<br>R00023223<br>R00029066<br>R00029339<br>R00029427<br>R00029488<br>R00032270<br>R00032271<br>R00037551*<br>R00037708*<br>R00037711<br>R00037905 |

| Subject | Mandler Produced Waiver Docs | CP Produced Priv. Docs | Modugno Produced Priv. Docs | Withheld CP Docs. | Withheld Modugno Docs. |
|---|---|---|---|---|---|
| | | | | | R00038009<br>R00038618<br>R00038773<br>R00038774<br>R00039254<br>R00039255<br>R00047845*<br>R00047846*<br>R00048333*<br>R00048436*<br>R00048853*<br>R00048867<br>R00048920*<br>R00048921*<br>R00051144*<br>R00051145*<br>R00073631<br>R00073977 |

| Subject | Mandler Produced Waiver Docs | CP Produced Priv. Docs | Modugno Produced Priv. Docs | Withheld CP Docs. | Withheld Modugno Docs. |
|---|---|---|---|---|---|
| | | | | | |
| *Regulatory or lobbying efforts about Barnabas's or CarePoint's proposed satellite emergency departments* | Mandler0031961<br>Mandler0031965<br>Mandler0051363<br>Mandler0051383<br>Mandler0051389<br>Mandler0051399<br>Mandler0052645<br>Mandler0052649<br>Mandler0052817<br>Mandler0052825<br>Mandler0061556<br>Mandler0068525<br>Mandler0068530<br>Mandler0068534<br>Mandler0068537<br>Mandler0068545<br>Mandler0068555<br>Mandler0068654<br>Mandler0085382<br>Mandler0085419<br>Mandler0085454<br>Mandler0093711<br>Mandler0094603<br>Mandler0094607<br>Mandler0109844<br>Mandler0129779<br>Mandler0129785<br>Mandler0165657<br>Mandler0165660<br>Mandler0165663<br>Mandler0165666<br>Mandler0165669<br>Mandler0166042 | CP_0006973479<br>CP_0006973491<br>CP_10142421<br>CP_12051337<br>CP_10056130<br>CP_10198484<br>CP_10197080<br>CP_10197188<br>CP_0007072480<br>CP_0007080751<br>CP_0007070014<br>CP_0007052791<br>CP_0007052787<br>CP_0006960358<br>CP_0006657651<br>CP_0007052836<br>CP_0006960389<br>CP_0007052908<br>CP_0007052915<br>CP_0005710358<br>CP_0007053145<br>CP_0007054214<br>CP_0007043987<br>CP_0007044438<br>CP_0007044729<br>CP_0007044847<br>CP_0007044860<br>CP_0007044873<br>CP_0007044878<br>CP_0007044893<br>CP_0007044900<br>CP_0007044907<br>CP_0007044917 | CP_MODUGNO_00209660<br>CP_MODUGNO_00209406<br>CP_MODUGNO_00116351<br>CP_MODUGNO_00099846<br>CP_MODUGNO_00098802<br>CP_MODUGNO_00099526<br>CP_MODUGNO_00098551<br>CP_MODUGNO_00098542<br>CP_MODUGNO_00120962 | PrivLog_005151<br>PrivLog_000103<br>PrivLog_000104<br>PrivLog_000291<br>PrivLog_000292<br>PrivLog_002727<br>PrivLog_002728<br>PrivLog_003017<br>PrivLog_007473<br>PrivLog_000530<br>PrivLog_000531<br>PrivLog_002452<br>PrivLog_002475 | R00060635*<br>R00060636*<br>R00060974<br>R00060975<br>R00060976<br>R00061025<br>R00061026<br>R00061027<br>R00061028<br>R00061133<br>R00061134<br>R00061656<br>R00061657*<br>R00061658*<br>R00061659*<br>R00061610<br>R00061611<br>R00061963*<br>R00062017*<br>R00062109*<br>R00062110*<br>R00062111*<br>R00062112*<br>R00062113*<br>R00062114*<br>R00060645<br>R00060646<br>R00060647<br>R00060648<br>R00060649<br>R00060650<br>R00060651<br>R00060652 |

| Subject | Mandler Produced Waiver Docs | CP Produced Priv. Docs | Modugno Produced Priv. Docs | Withheld CP Docs. | Withheld Modugno Docs. |
|---|---|---|---|---|---|
| | Mandler0166056<br>Mandler0166099<br>Mandler0166196<br>Mandler0175341<br>Mandler0175650<br>Mandler0175652<br>Mandler0176358 | CP_0007044927<br>CP_0007044924<br>CP_0007044934<br>CP_0007044930<br>CP_0007044938<br>CP_0007044952<br>CP_0007045015<br>CP_0007045077<br>CP_0007045395<br>CP_0007045397<br>CP_0007045402<br>CP_0007045432<br>CP_0007045451<br>CP_0007132145<br>CP_0007045509<br>CP_0007046171<br>CP_0007032054<br>CP_0005807477<br>CP_0007083924<br>CP_0008112213<br>CP_0007083939<br>CP_0007043991<br>CP_0007044718<br>CP_0007044731<br>CP_0007044818<br>CP_0007044825<br>CP_0007044842 | | | R00060653<br>R00060654<br>R00060655*<br>R00060656<br>R00060657<br>R00060702<br>R00060703<br>R00060704<br>R00060705<br>R00060707<br>R00060708<br>R00060735<br>R00060736<br>R00060737<br>R00060738<br>R00060739<br>R00060758<br>R00060802<br>R00060803<br>R00060804<br>R00060805<br>R00060806<br>R00060807<br>R00060809<br>R00060859<br>R00060860<br>R00060861<br>R00060862*<br>R00060863<br>R00060810<br>R00060877*<br>R00060878<br>R00060879*<br>R00060880* |

| **Subject** | **Mandler Produced Waiver Docs** | **CP Produced Priv. Docs** | **Modugno Produced Priv. Docs** | **Withheld CP Docs.** | **Withheld Modugno Docs.** |
|---|---|---|---|---|---|
| | | | | | R00060913*<br>R00060972<br>R00061017<br>R00061455<br>R00061504<br>R00061505*<br>R00061506<br>R00061507<br>R00061508*<br>R00061509*<br>R00061510*<br>R00061557<br>R00061614<br>R00060570 |

| Subject | Mandler Produced Waiver Docs | CP Produced Priv. Docs | Modugno Produced Priv. Docs | Withheld CP Docs. | Withheld Modugno Docs. |
|---|---|---|---|---|---|
| | | | | | |
| *The solicitation or use of non-competes for CarePoint doctors, nurses, or staff* | Mandler0268901<br>Mandler0270318<br>Mandler0334656<br>Mandler0348779<br>Mandler0348821<br>Mandler0348805<br>Mandler0348828 | CP_0006478473<br>CP_0006478478<br>CP_0006478495<br>CP_0006478517<br>CP_0006479379<br>CP_0006479839<br>CP_0006479860<br>CP_0006485003<br>CP_0006484776<br>CP_0006485130<br>CP_10181679<br>CP_10477021<br>CP_10467076<br>CP_10418360<br>CP_10327999<br>CP_10198046 | | PrivLog_013757<br>PrivLog_013754<br>PrivLog_002167<br>PrivLog_015030<br>PrivLog_002183<br>PrivLog_002197<br>PrivLog_002198<br>PrivLog_002199<br>PrivLog_002200<br>PrivLog_003851<br>PrivLog_004937<br>PrivLog_004938<br>PrivLog_005784<br>PrivLog_005785<br>PrivLog_010101<br>PrivLog_010102 | R00046760<br>R00026299*<br>R00026404*<br>R00037223*<br>R00037421*<br>R00037422*<br>R00037423*<br>R00037486*<br>R00037488*<br>R00037546*<br>R00037547*<br>R00037614*<br>R00037653*<br>R00037654*<br>R00040406<br>R00040407<br>R00040409<br>R00040410<br>R00040443<br>R00040475<br>R00040482<br>R00040483<br>R00040487<br>R00040489<br>R00040594<br>R00040917<br>R00047613<br>R00047614<br>R00047858*<br>R00047859* |

| Subject | Mandler Produced Waiver Docs | CP Produced Priv. Docs | Modugno Produced Priv. Docs | Withheld CP Docs. | Withheld Modugno Docs. |
|---|---|---|---|---|---|
| | | | | | |
| *CarePoint's dealings with Medical Properties Trust, Inc. (MPT), Eisenreich, or HRH* | Mandler0148358<br>Mandler0148379<br>Mandler0150346<br>Mandler0187673<br>Mandler0187685<br>Mandler0179116<br>Mandler0296362<br>Mandler0302612<br>Mandler0349777<br>Mandler0357486<br>Mandler0362789<br>Mandler0406653<br>Mandler0406702 | CP_10996736<br>CP_10897269<br>CP_10897313<br>CP_10899657<br>CP_10440329<br>CP_0007022273<br>CP_0007022293 | CP_MODUGNO_00029441<br>CP_MODUGNO_00028881<br>CP_MODUGNO_00258140<br>CP_MODUGNO_00258543<br>CP_MODUGNO_00258753<br>CP_MODUGNO_00258124<br>CP_MODUGNO_00258130<br>CP_MODUGNO_00258771<br>CP_MODUGNO_00258118<br>CP_MODUGNO_00030315<br>CP_MODUGNO_00028848<br>CP_MODUGNO_00029496<br>CP_MODUGNO_00029439<br>CP_MODUGNO_00028985<br>CP_MODUGNO_00028600<br>CP_MODUGNO_00028877<br>CP_MODUGNO_00028599<br>CP_MODUGNO_00028846<br>CP_MODUGNO_00029166<br>CP_MODUGNO_00029932<br>CP_MODUGNO_00023741<br>CP_MODUGNO_00022703<br>CP_MODUGNO_00022683<br>CP_MODUGNO_00233210<br>CP_MODUGNO_00232920<br>CP_MODUGNO_00145798<br>CP_MODUGNO_00142888<br>CP_MODUGNO_00142380<br>CP_MODUGNO_00142520<br>CP_MODUGNO_00142379<br>CP_MODUGNO_00142377<br>CP_MODUGNO_00268790<br>CP_MODUGNO_00268788 | PrivLog_006590<br>PrivLog_006592<br>PrivLog_006593<br>PrivLog_007187<br>PrivLog_007228<br>PrivLog_007234<br>PrivLog_007241<br>PrivLog_007473<br>PrivLog_008963<br>PrivLog_008986<br>PrivLog_009247<br>PrivLog_009647<br>PrivLog_009653<br>PrivLog_009720<br>PrivLog_009721<br>PrivLog_009867<br>PrivLog_010278<br>PrivLog_010293<br>PrivLog_010345<br>PrivLog_010598<br>PrivLog_011701<br>PrivLog_011702<br>PrivLog_011712<br>PrivLog_014268<br>PrivLog_000092<br>PrivLog_000100<br>PrivLog_000101<br>PrivLog_000114<br>PrivLog_000180<br>PrivLog_000451<br>PrivLog_000452<br>PrivLog_000453<br>PrivLog_000695 | R00001263<br>R00001273<br>R00001279<br>R00001322<br>R00000074<br>R00000076<br>R00000079<br>R00000082<br>R00000085<br>R00001323<br>R00001347<br>R00001443*<br>R00001557<br>R00001592<br>R00001593<br>R00001594<br>R00001601<br>R00001664<br>R00001681<br>R00001684<br>R00001985<br>R00002049<br>R00025257<br>R00025742<br>R00059121*<br>R00060965<br>R00061125<br>R00069182<br>R00065204<br>R00055246*<br>R00055280<br>R00055281<br>R00055282 |

| Subject | Mandler Produced Waiver Docs | CP Produced Priv. Docs | Modugno Produced Priv. Docs | Withheld CP Docs. | Withheld Modugno Docs. |
|---|---|---|---|---|---|
| | | | CP_MODUGNO_00268785<br>CP_MODUGNO_00268765<br>CP_MODUGNO_00015559 | PrivLog_000853<br>PrivLog_000864<br>PrivLog_001261<br>PrivLog_001283<br>PrivLog_001286<br>PrivLog_001288<br>PrivLog_001325<br>PrivLog_001358<br>PrivLog_001369<br>PrivLog_001454<br>PrivLog_001522<br>PrivLog_001527<br>PrivLog_001545<br>PrivLog_001672<br>PrivLog_001673<br>PrivLog_006594<br>PrivLog_002018<br>PrivLog_002078<br>PrivLog_002090<br>PrivLog_002225<br>PrivLog_002632<br>PrivLog_002633<br>PrivLog_002661<br>PrivLog_002670<br>PrivLog_002904<br>PrivLog_002905<br>PrivLog_005947<br>PrivLog_010766<br>PrivLog_006989<br>PrivLog_006990<br>PrivLog_006991 | R00055312<br>R00055360<br>R00055414<br>R00055536<br>R00055571<br>R00055626<br>R00072994<br>R00028113*<br>R00028233*<br>R00028865<br>R00039572<br>R00063083<br>R00063084<br>R00063091<br>R00063546 |

| **Subject** | **Mandler Produced Waiver Docs** | **CP Produced Priv. Docs** | **Modugno Produced Priv. Docs** | **Withheld CP Docs.** | **Withheld Modugno Docs.** |
|---|---|---|---|---|---|
| | | | | | |
| *CarePoint's dealings with Barnabas, including the sales process or any potential sales transaction* | Mandler0377936<br>Mandler0382673<br>Mandler0382678<br>Mandler0324030<br>Mandler0324083<br>Mandler0324728<br>Mandler0336162<br>Mandler0336183<br>Mandler0336189<br>Mandler0344334<br>Mandler0349064<br>Mandler0386060<br>Mandler0386054<br>Mandler0382682<br>Mandler0382489<br>Mandler0380439<br>Mandler0371351<br>Mandler0364568<br>Mandler0364539 | CP_10125144<br>CP_10704671<br>CP_10660588<br>CP_10660589<br>CP_10628551<br>CP_10630237<br>CP_10275495<br>CP_10550625<br>CP_0007057021<br>CP_0007057022<br>CP_0007057029<br>CP_0007057230<br>CP_0007203428<br>CP_0007203505<br>CP_0007203506<br>CP_0007203686<br>CP_0007203698<br>CP_0007203710<br>CP_0007203712<br>CP_0007205133<br>CP_0007205186<br>CP_0007203715<br>CP_0007203729 | CP_MODUGNO_00082701<br>CP_MODUGNO_00240511<br>CP_MODUGNO_00226994<br>CP_MODUGNO_00226998<br>CP_MODUGNO_00234180<br>CP_MODUGNO_00257647<br>CP_MODUGNO_00142493<br>CP_MODUGNO_00237333<br>CP_MODUGNO_00236573 | PrivLog_000342<br>PrivLog_007036<br>PrivLog_007444<br>PrivLog_000565<br>PrivLog_000566<br>PrivLog_000696<br>PrivLog_000700<br>PrivLog_000743<br>PrivLog_000746<br>PrivLog_000802<br>PrivLog_000844<br>PrivLog_000859<br>PrivLog_001068<br>PrivLog_001119<br>PrivLog_001121<br>PrivLog_001127<br>PrivLog_001261<br>PrivLog_001420<br>PrivLog_001584<br>PrivLog_001653<br>PrivLog_002006<br>PrivLog_002074<br>PrivLog_002134<br>PrivLog_002157<br>PrivLog_002171<br>PrivLog_002177<br>PrivLog_002234<br>PrivLog_002242<br>PrivLog_002284<br>PrivLog_002296<br>PrivLog_002450<br>PrivLog_002544<br>PrivLog_002549 | R00062502<br>R00062627<br>R00062634<br>R00062779<br>R00062860<br>R00064761<br>R00065423<br>R00002415<br>R00003017<br>R00004206<br>R00004753<br>R00005143<br>R00028645<br>R00028775<br>R00047168<br>R00047169<br>R00052845*<br>R00052978<br>R00055753<br>R00055784<br>R00056178<br>R00057001*<br>R00057215*<br>R00065506<br>R00071199<br>R00072587<br>R00075294<br>R00080051<br>R00081733<br>R00083346<br>R00083375<br>R00087466<br>R00087510 |

| Subject | Mandler Produced Waiver Docs | CP Produced Priv. Docs | Modugno Produced Priv. Docs | Withheld CP Docs. | Withheld Modugno Docs. |
|---|---|---|---|---|---|
| | | | | PrivLog_002558<br>PrivLog_009651<br>PrivLog_009873<br>PrivLog_009911<br>PrivLog_010105<br>PrivLog_010107 | |

| Subject | Mandler Produced Waiver Docs | CP Produced Priv. Docs | Modugno Produced Priv. Docs | Withheld CP Docs. | Withheld Modugno Docs. |
|---|---|---|---|---|---|
| *Litigation with Horizon, creditors, the Founders, Eisenreich, HRH, or Barnabas* | Mandler0230776 | CP_11432101 | CP_MODUGNO_00000317 | PrivLog_007001 | R00054822 |
| | Mandler0002864 | CP_10094348 | CP_MODUGNO_00143444 | PrivLog_007002 | R00054866 |
| | Mandler0002877 | CP_10090846 | CP_MODUGNO_00141738 | PrivLog_007003 | R00059346 |
| | Mandler0002880 | CP_11132075 | CP_MODUGNO_00029447 | PrivLog_007004 | R00060581 |
| | Mandler0001536 | CP_11133066 | CP_MODUGNO_00175562 | PrivLog_007005 | R00060625* |
| | Mandler0001544 | CP_11089001 | CP_MODUGNO_00178728 | PrivLog_007014 | R00060669 |
| | Mandler0002831 | CP_11081757 | CP_MODUGNO_00090118 | PrivLog_007026 | R00062315 |
| | Mandler0002902 | CP_10706777 | CP_MODUGNO_00174456 | PrivLog_007027 | R00062354 |
| | Mandler0003311 | CP_10690695 | CP_MODUGNO_00009619 | PrivLog_007036 | R00062355 |
| | Mandler0003495 | CP_10172619 | CP_MODUGNO_00024555 | PrivLog_007047 | R00062440 |
| | Mandler0003879 | CP_10350681 | CP_MODUGNO_00001260 | PrivLog_007068 | R00062864 |
| | Mandler0004877 | CP_12114382 | CP_MODUGNO_00001240 | PrivLog_007070 | R00063082 |
| | Mandler0005182 | CP_12170411 | CP_MODUGNO_00001235 | PrivLog_007071 | R00063447 |
| | Mandler0006070 | CP_10104031 | CP_MODUGNO_00000976 | PrivLog_007072 | R00063448 |
| | | CP_10442791 | CP_MODUGNO_00001168 | PrivLog_007073 | R00063449 |
| | | CP_10465462 | CP_MODUGNO_00018617 | PrivLog_007081 | R00063451 |
| | | CP_10255550 | CP_MODUGNO_00000663 | PrivLog_007084 | R00063453 |
| | | CP_11534932 | CP_MODUGNO_00000622 | PrivLog_007085 | R00063533 |
| | | CP_11522985 | CP_MODUGNO_00074845 | PrivLog_007086 | R00063591 |
| | | CP_11496502 | CP_MODUGNO_00235165 | PrivLog_007090 | R00063592 |
| | | CP_11468410 | CP_MODUGNO_00234974 | PrivLog_007093 | R00063593 |
| | | CP_11547297 | CP_MODUGNO_00208445 | PrivLog_007098 | R00063628 |
| | | CP_11304514 | CP_MODUGNO_00317112 | PrivLog_007205 | R00063789 |
| | | CP_10416554 | CP_MODUGNO_00317116 | PrivLog_007229 | R00064889* |
| | | CP_10267535 | | PrivLog_007233 | R00065062* |
| | | CP_10469078 | | PrivLog_007243 | R00066781* |
| | | CP_10238078 | | PrivLog_007319 | R00067615* |
| | | CP_11720930 | | PrivLog_007334 | R00069304 |
| | | CP_11882912 | | PrivLog_007342 | R00069305 |
| | | | | PrivLog_007349 | R00078269* |
| | | | | PrivLog_007357 | R00078511 |
| | | | | PrivLog_007361 | R00000215 |
| | | | | PrivLog_007444 | R00001225 |
| | | | | PrivLog_007446 | R00001227 |

| **Subject** | **Mandler Produced Waiver Docs** | **CP Produced Priv. Docs** | **Modugno Produced Priv. Docs** | **Withheld CP Docs.** | **Withheld Modugno Docs.** |
|---|---|---|---|---|---|
| | | | | PrivLog_007448<br>PrivLog_007453<br>PrivLog_007473<br>PrivLog_007483<br>PrivLog_007505<br>PrivLog_007527<br>PrivLog_007547 | R00001229<br>R00001260<br>R00001357<br>R00058494 |