September 28, 2026

NORTON ROSE FULBRIGHT

Norton Rose Fulbright US LLP
1301 Avenue of the Americas
New York, New York 10019-6022
United States of America

Direct line +1 212 318 3060
robert.hirsh@nortonrosefulbright.com

Tel +1 212 318 3000
Fax +1 212 318 3400

***VIA ECF***

Hon. Cari Fais, U.S.M.J.
U.S. District Court for the District of New Jersey
Martin Luther King Jr. Federal Building & U.S. Courthouse
50 Walnut Street, Room 4015
Newark, NJ 07101

Re: ***The CarePoint Litigation Trust v. RWJ Barnabas Health, Inc.*, Case No. 22-cv-05421 (D.N.J.)—Request for One-Week Extension to file Motion to Seal**

Dear Judge Fais:

On September 11, 2026, this Court instructed the CarePoint Litigation Trust (the "Trust") and RWJ Barnabas Health, Inc. ("Barnabas") to "file their joint dispute letter regarding subject-matter waiver no later than" September 14, 2026. [ECF 407]. The Parties have complied with the Court's order and the subject-matter waiver joint letter ("Joint Letter") by the deadline. [*See* ECF 408]. Given that the joint letter concerns a privilege dispute, the Joint Letter was filed under seal. Under the Court's local rules, a motion to seal must be filed within fourteen days. [*See* Local Civ. R. 5.3(c)(2)].

Given the length of the Joint Letter (28 pages), the number of exhibits attached to the Joint Letter (25 exhibits), and the complexity of the dispute, the Trust requests a one-week extension from September 28, 2026 to October 5, 2026 to file a motion to seal.

Barnabas does not oppose the Trust's request.

Respectfully submitted,

*/s/Robert M. Hirsh*

**SO ORDERED** on this 29th day of September 2026.

***/s/ Cari Fais***
HON. CARI FAIS, U.S.M.J.

Norton Rose Fulbright US LLP is a limited liability partnership registered under the laws of Texas.

Norton Rose Fulbright US LLP, Norton Rose Fulbright LLP, Norton Rose Fulbright Australia, Norton Rose Fulbright Canada LLP and Norton Rose Fulbright South Africa Inc are separate legal entities and all of them are members of Norton Rose Fulbright Verein, a Swiss verein. Norton Rose Fulbright Verein helps coordinate the activities of the members but does not itself provide legal services to clients. Details of each entity, with certain regulatory information, are available at nortonrosefulbright.com.